# Exhibit A

# Group Short Term Disability
# Insurance Certificate

ARS Acquisition Holdings, LLC

## IMPORTANT NOTICES

If you reside in one of the following states, please read the important notices below:

**Arizona, Florida and Maryland residents:**

**The group policy is issued in the state of Tennessee and will be governed by its laws.  If you reside in a state other than Tennessee, this certificate of insurance may not provide all of the benefits and protections provided by the laws of your state.  PLEASE READ YOUR CERTIFICATE CAREFULLY.**

**Texas residents:**

IMPORTANT NOTICE:  To obtain information or make a complaint:

You may call the toll-free telephone number for information or to make a complaint at 1-800-547-5515.

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at 1-800-252-3439.

You may write the Texas Department of Insurance:
P O Box 149091
Austin, TX  78714-9104
FAX # (512) 475-1771

PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the agent or company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

AVISO IMPORTANTE:  Para solicitar información o presentar una queja:

Usted puede llamar al numero de telefono gratis para información o pare someter una queja al 1-800-547-5515.

Puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos o quejas llamando al 1-800-252-3439.

También puede escribir al Texas Department of Insurance (Departamento de Seguros de Texas):
P O Box 149091
Austin, TX  78714-9104
FAX: (512) 475-1771

CONFLICTOS POR PRIMAS O RECLAMACIONES: En caso de tener un conflicto relacionado con su prima o una reclamación, debe comunicarse primero con el agente o la compañía.  Si el conflicto no se resuelve, usted puede comunicarse con el Departamento de Seguros de Texas.

## FOREWORD

Disability insurance provides individuals and their families with financial protection.  The Disability Insurance Benefit described in this booklet will help secure your family's financial security in the event of your disability.

The need for disability insurance protection depends on individual circumstances and financial situations. Your Employer is offering you the opportunity to purchase this insurance to make your benefit program more comprehensive and responsive to your needs.

The following pages describe the main provisions of the group disability insurance plan available to you.

Any insurance benefit described in the following pages will apply to you only if you have elected that benefit and have authorized payroll deduction for the required premium.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 CHESTNUT STREET                                        **GROUP INSURANCE**
PHILADELPHIA, PA 19192-2235                                      **CERTIFICATE**
(800) 732-1603          TDD (800) 336-2485
**A STOCK INSURANCE COMPANY**

We, the LIFE INSURANCE COMPANY OF NORTH AMERICA, certify that we have issued a Group Policy, LK-750578, to ARS Acquisition Holdings, LLC.

We certify that we insure all eligible persons, who are enrolled according to the terms of the Policy.  Your coverage will begin and end according to the terms set forth in this certificate.

This certificate describes the benefits and basic provisions of your coverage.  You should read it with care so you will understand your coverage.

This is not the insurance contract.  It does not waive or alter any of the terms of the Policy.  If questions arise, the Policy will govern.  You may examine the Policy at the office of the Policyholder or the Administrator.

This certificate replaces any and all certificates which may have been issued to you in the past under the Policy.

*Matthew G. Manders*

Matthew G. Manders, President

TL-004704                                                                                O/O v-2

## TABLE OF CONTENTS

SCHEDULE OF BENEFITS .................................................................................................. 1

WHO IS ELIGIBLE ........................................................................................................... 3

WHEN COVERAGE BEGINS ............................................................................................. 3

WHEN COVERAGE ENDS ................................................................................................ 3

WHEN COVERAGE CONTINUES ...................................................................................... 4

WHAT IS COVERED ......................................................................................................... 5

WHAT IS NOT COVERED ................................................................................................. 9

CLAIM PROVISIONS ........................................................................................................ 9

ADMINISTRATIVE PROVISIONS ...................................................................................... 11

GENERAL PROVISIONS ................................................................................................... 11

DEFINITIONS .................................................................................................................. 12

## SCHEDULE OF BENEFITS

**Policy Effective Date:**                    January 1, 2009

**Certificate Effective Date:**            January 1, 2017

**Policy Anniversary Date:**              January 1

**Policy Number:**                              LK-750578

**Eligible Class Definition:**
All active, Full-time Employees of the Employer regularly working a minimum of 30 hours per week.

**Eligibility Waiting Period**

If you were hired on or before the Policy Effective Date:
        The first of the month coincident or following 3 consecutive months of employment.

If you were hired after the Policy Effective Date:
        The first of the month coincident or following 3 consecutive months of employment.

For you to be eligible for coverage, you are required to be an active regular, Full-time Employee regularly scheduled to work at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of the following classes:

        The terms of your employment are governed by a collective bargaining agreement;
        you are classified as a temporary, seasonal or part-time employee;
        you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee and not eligible for any Company benefits;
        you are an employee of the Company assigned to a location which was (1) acquired by the Company through either stock or asset purchase, and (2) retained its own separate benefit plan.

If you are rehired or move back to regular Full-time status within 90 days, your coverage is reinstated on the first of the month after your rehire or move back to regular Full-time status.

Employees can use their PTO time toward the Eligibility Waiting Period.

The *Eligibility Waiting Period* does not apply if you were an active employee of a company acquired by the Employer and satisfied the Eligibility Waiting Period under the former company's plan. If you did not fully satisfy the Eligibility Waiting Period, credit will be given for any time that was satisfied.

**Elimination Period**
        For Accident:                    7 days
        For Sickness:                    7 days

**Gross Disability Benefit**
        The lesser of 60% of your weekly Covered Earnings rounded to the nearest $1,000 or your Maximum Disability Benefit.

**Maximum Disability Benefit**            $2,500 per week

**Minimum Disability Benefit**            $25 per week

1

**Disability Benefit Calculation**
The Weekly Benefit payable to you for any week you are Disabled is the Gross Disability Benefit minus Other Income Benefits.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that you receive on your own behalf or for your dependents, or which your dependents receive because of your entitlement to Other Income Benefits.

**Maximum Benefit Period**
    For Accident:               The date the 13th Disability Benefit is payable.
    For Sickness:              The date the 13th Disability Benefit is payable.

TL-004774

## WHO IS ELIGIBLE

If you qualify under the Class Definition shown in the Schedule of Benefits you are eligible for coverage under the Policy on the Policy Effective Date, or the day you complete the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time you must be in Active Service to be eligible for coverage.  Your Eligibility Waiting Period will be extended by the number of days you are not in Active Service.

Except as noted in the Reinstatement Provision, if you terminate your coverage and later wish to reapply, or if you are a former Employee who is rehired, you must satisfy a new Eligibility Waiting Period.  You are not required to satisfy a new Eligibility Waiting Period if your insurance ends because you no longer qualify under your Class Definition, but you continue to be employed, and within one year you qualify again.

TL-004710

## WHEN COVERAGE BEGINS

If you are required to contribute to the cost of your insurance you may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and us.  The effective date of your insurance depends on the date coverage is elected.

If you elect coverage within 90 days after you become eligible, your insurance is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date you authorized payroll deduction.
3.      The date the completed enrollment form is received by the Employer or us.

If your enrollment form is received more than 90 days after you are eligible for insurance, you must satisfy the Insurability Requirement before your insurance is effective.  If approved, your insurance is effective on the date we agree in writing to insure you.

If you are not in Active Service on the date your insurance would otherwise be effective, it will be effective on the date you return to any occupation for your Employer on a Full-time basis.

TL-004712

## WHEN COVERAGE ENDS

Your coverage ends on the earliest of the following dates:
1.      the date you are eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date you are no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date you are no longer in Active Service;
6.      the date benefits end because you did not comply with the terms and conditions of the insurance coverage.

If you are entitled to receive Disability Benefits when the Policy terminates, Disability Benefits will be payable to you if you remain disabled and meet the requirements for the insurance.  Any later period of Disability, regardless of cause, that begins when you are eligible under another disability coverage provided by any employer, will not be covered.

TL-007505.00

## WHEN COVERAGE CONTINUES

This provision modifies the When Coverage Ends provision to allow insurance to continue under certain circumstances if you are no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the When Coverage Ends provisions.

Your Disability Insurance will continue if your Active Service ends because of a Disability for which benefits under the Policy are or may become payable.  If you do not return to Active Service, this insurance ends when your Disability ends or when benefits are no longer payable, whichever occurs first.

If your Active Service ends due to leave of absence approved timely by the Employer, insurance will continue for you for up to 12 months, if the required premium is paid when due.

If your Active Service ends due to unpaid leave of absence approved timely by the Employer, insurance will continue for you for up to 12 months, if the required premium is paid when due.

If your Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for you for up to 12 weeks, if the required premium is paid when due.

If your Active Service ends due to workers compensation, insurance will continue for you for up to 12 months, if the required premium is paid when due, unless you are involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If your Active Service ends due to military leave, insurance will continue for you for up to 12 months.

If your Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, your insurance will continue until the earlier of:
a.   the date your employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if your Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and continuation of insurance under this provision will not apply.

If your insurance is continued pursuant to this When Coverage Continues provision, and you become Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date you are scheduled to return to Active Service.

TL-004716

## TAKEOVER PROVISION

This provision applies to you only if you are eligible under this Policy and were covered for short term disability coverage on the day prior to the effective date of this Policy under the prior plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to you if you are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance.  If required premium is paid when due, we will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group.  This coverage will be provided until the earlier of the date: (a) you return to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day you were not in Active Service.  The Policy will provide this coverage as follows:

1.  If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
2.  If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods.

B.  The Elimination Period under this Policy will be waived for a Disability which begins while you are insured under this Policy if all of the following conditions are met:

1.  The Disability results from the same or related causes as a Disability for which weekly benefits were payable under the Prior Plan;
2.  Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
3.  An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
4.  The Disability begins within 14 days of your return to Active Service and your insurance under this Policy is continuous from this Policy's Effective Date.

Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

TL-005108

## DESCRIPTION OF BENEFITS
## WHAT IS COVERED

**Disability Benefits**
We will pay Disability Benefits if you become Disabled while covered under this Policy.  You must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy. You must provide to us, at your own expense, satisfactory proof of Disability before benefits will be paid.  The Disability Benefit is shown in the Schedule of Benefits.

We will require continued proof of your Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time you must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**
The Disability Benefit Calculation is shown in the Schedule of Benefits.  Weekly Disability Benefits are based on the number of days in a normally scheduled work week for you immediately before the onset of Disability.  They will be prorated if payable for any period less than a week.

**Minimum Benefit**
We will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits.  The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**
If Disability Benefits are payable to you under this Policy, you may be eligible for benefits from Other Income Benefits.  If so, we may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1.      any amounts received (or assumed to be received*) by you or your dependents under:
-       the Canada and Quebec Pension Plans;
-       the Railroad Retirement Act;
-       any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
-       any sick leave or salary continuation plan of the Employer;
-       any work loss provision in mandatory "No-Fault" auto insurance.
2.      any Social Security disability or retirement benefits you or any third party receive (or are assumed to receive*) on your own behalf or for your dependents; or which your dependents receive (or are assumed to receive*) because of your entitlement to such benefits.
3.      any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 40l(k) plan.
4.      any proceeds payable under any franchise or group insurance or similar plan provided by the Policyholder.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, we will pay for our pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5.      any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of your entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*
Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating your Disability Benefits after the first reduction is made for any Other Income Benefits.  This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*

Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given.  If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

We will assume you (and your dependents, if applicable) are receiving benefits for which you are eligible from Other Income Benefits.  We will reduce your Disability Benefits by the amount from Other Income Benefits we estimate are payable to you and your dependents.

We will waive Assumed Receipt of Benefits, except for Disability Earnings for work you perform while Disability Benefits are payable, if you:

1.    provide satisfactory proof of application for Other Income Benefits;
2.    sign a Reimbursement Agreement;
3.    provide satisfactory proof that all appeals for Other Income Benefits have been made unless we determine that further appeals are not likely to succeed; and
4.    submit satisfactory proof that Other Income Benefits were denied.

We will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until you actually receive them.

*Social Security Assistance*

We may help you in applying for Social Security Disability Income (SSDI) Benefits, and may require you to file an appeal if we believe a reversal of a prior decision is possible.

We will reduce Disability Benefits by the amount we estimate you will receive, if you refuse to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**

We have the right to recover any benefits we have overpaid.  We may use any or all of the following to recover an overpayment:
1.    request a lump sum payment of the overpaid amount;
2.    reduce any amounts payable under this Policy; and/or
3.    take any appropriate collection activity available to us.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when you die, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**

A separate period of Disability will be considered continuous:

1.      if it results from the same or related causes as a prior Disability for which benefits were payable; and

2.      if, after receiving Disability Benefits, you return to work in your Regular Occupation for less than 14 days; and

3.      if you earn less than the percentage of Covered Earnings that would still qualify you to meet the definition of Disability/Disabled during at least one week.


Any later period of Disability, regardless of cause, that begins when you are eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.


For any separate period of disability which is not considered continuous, you must satisfy a new Elimination Period.

TL-007500.43


# LIMITATIONS


**Pre-Existing Condition Limitation**

We will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition.  A "Pre-existing Condition" means any Injury or Sickness for which you incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before your most recent effective date of insurance.


The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits.  This limitation will not apply to a period of Disability that begins after you are covered for at least 12 months after your most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.43


# ADDITIONAL BENEFITS


**Rehabilitation During a Period of Disability**

If we determine that you are a suitable candidate for rehabilitation, we may require you to participate in a Rehabilitation Plan.  We have the sole discretion to approve your participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan.  We will work with you, the Employer and your Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.


The Rehabilitation Plan may, at our discretion, allow for payment of your medical expense, education expense, moving expense, accommodation expense or family care expense while you participate in the program.


If you fail to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:
1. the date you earn from any occupation, more than the percentage of Covered Earnings set forth in the definition of Disability;
2. the date we determine you are not Disabled;
3. the end of the Maximum Benefit Period;
4. the date you die;
5. the date you refuse, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6. the date you are no longer receiving Appropriate Care;
7. the date you fail to cooperate with us in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if you begin to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## WHAT IS NOT COVERED

We will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:
1. suicide, attempted suicide, or self-inflicted injury while sane or insane.
2. war or any act of war, whether or not declared.
3. active participation in a riot.
4. commission of a felony.
5. the revocation, restriction or non-renewal of your license, permit or certification necessary to perform the duties of your occupation unless due solely to Injury or Sickness otherwise covered by the Policy.
6. any cosmetic surgery or surgical procedure that is not Medically Necessary; "Medically Necessary" means the surgical procedure is: (a) prescribed by a Physician as required treatment of the Injury or Sickness; and (b) appropriate according to conventional medical practice for the Injury or Sickness in the locality in which the surgery is performed. (We will pay benefits if your disability is caused by your donating an organ in a non-experimental organ transplant procedure.)
7. an Injury or Sickness for which you are entitled to benefits from Workers' Compensation or occupational disease law.
8. an Injury or Sickness that is work related.

In addition, we will not pay Disability Benefits for any period of Disability during which you are incarcerated in a penal or corrections institution.

TL-007503.43

## CLAIM PROVISIONS

**Notice of Claim**
Written notice of claim, or notice by any other electronic/telephonic means authorized by us, must be given to us within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by us, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's name, the Policy Number and the claimant's name and address.

**Claim Forms**
When we receive notice of claim, we will send claim forms for filing proof of loss.  If we do not send claim forms within 15 days after notice is received by us, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by us, of the nature and extent of the loss.

**Claimant Cooperation Provision**
If you fail to cooperate with us in our administration of your claim, we may terminate the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**
The Employer is required to cooperate with us in the review of claims and applications for coverage.  Any information we provide to the Employer in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**
You must provide written proof of loss to us, or proof by any other electronic/telephonic means authorized by us, within 90 days after the date of the loss for which a claim is made.  If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible.  In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by us, must be given not more than one year after the 90 day period.  If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is provided outside of these time limits, the claim will be denied.  These time limits will not apply due to lack of legal capacity.

Written proof that the loss continues, or proof by any other electronic/telephonic means authorized by us, must be furnished to us at intervals we require.  Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to us.

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month.  Any balance, unpaid at the end of any period for which we are liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to you.  If any person to whom benefits are payable is a minor or, in our opinion is not able to give a valid receipt, such payment will be made to his or her legal guardian.  However, if no request for payment has been made by the legal guardian, we may, at our option, make payment to the person or institution appearing to have assumed custody and support.

If you die while any Disability Benefits remain unpaid, we may, at our option, make direct payment to any of your following living relatives:  your spouse, your mother, your father, your children, your brothers or sisters; or to the executors or administrators of your estate.  We may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release us from all liability for any payment made.

**Physical Examination and Autopsy**
We may, at our expense, exercise the right to examine any person for whom a claim is pending as often as we may reasonably require.  Also, we may, at our expense, require an autopsy unless prohibited by law.

10

**Legal Actions**

No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by us, has been furnished as required by the Policy.  No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**

If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which you live when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**

You have the right to choose any Physician who is practicing legally.  We will in no way disturb the Physician/patient relationship.

TL-004724

## ADMINISTRATIVE PROVISIONS

**Premiums**

The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Your Grace Period**

If your required premium is not paid on the Premium Due Date, there is a 45 day grace period after each premium due date after the first.  If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.

**Reinstatement of Insurance**

Your coverage may be reinstated if your insurance ends because you are on an Employer approved unpaid leave of absence.  Your insurance may be reinstated only if reinstatement occurs within 12 weeks from the date it ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).

For your insurance to be reinstated the following conditions must be met.
1.      You must qualify under the Class Definition.
2.      The required premium must be paid.
3.      A written request for reinstatement and a new enrollment form for you must be received by us within 31 days from the date you return to Active Service.

Your reinstated insurance is effective on the date you return to Active Service.  If you did not fully satisfy your Eligibility Waiting Period or Pre-Existing Condition Limitation (if any) before your insurance ended due to an unpaid leave of absence, you will receive credit for any time that was satisfied.

TL-004722

## GENERAL PROVISIONS

**Incontestability**

All statements made by the Employer or by an Insured are representations not warranties.  No statement will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument containing the statement has been furnished to the claimant.  In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility for insurance.

**Misstatement of Age**
If an Insured's age has been misstated, we will adjust all benefits to the amounts that would have been purchased for the correct age.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for insurance under any Workers' Compensation Insurance Law.

**Assignment of Benefits**
We will not be affected by the assignment of your certificate until the original assignment or a certified copy of the assignment is filed with us.  We will not be responsible for the validity or sufficiency of an assignment.  An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect.  This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts.  This prohibition does not apply where contrary to law.

**Clerical Error**
A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy.  If such an error is found, the premium will be adjusted fairly.

**Ownership of Records**
All records maintained by the Insurance Company are, and shall remain, the property of the Insurance Company.

TL-004728

# DEFINITIONS

Please note, certain words used in this document have specific meanings.  These terms will be capitalized throughout this document.  The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Accident**
The term Accident means a sudden, unforeseeable external event that causes you bodily Injury and occurs while your coverage is in force under the Policy.

**Active Service**
If you are an Employee, you are in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.      You are performing your regular occupation for the Employer on a full-time basis.  You must be working at one of the Employer's usual places of business or at some location to which the Employer's business requires you to travel.
2.      The day is a scheduled holiday or vacation day and you were performing your regular occupation on the preceding scheduled work day.

You are in Active Service on a day which is not one of the Employer's scheduled work days only if you were in Active Service on the preceding scheduled work day.

**Appropriate Care**

Appropriate Care means the determination of an accurate and medically supported diagnosis of your Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of your Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Covered Earnings**

Covered Earnings means your earnings as reported by the Employer for the months employed.

**Disability/Disabled**

You are considered Disabled if, solely because of Injury or Sickness, you are:
1.      unable to perform the material duties of your Regular Occupation; and
2.      unable to earn 80% or more of your Covered Earnings from working in your Regular Occupation.

We will require proof of earnings and continued Disability.

**Disability Earnings**

Any wage or salary for any work performed for any employer during your Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**

For eligibility purposes, you are an Employee if you work for the Employer and are in one of the "Classes of Eligible Employees."  Otherwise, you are an Employee if you are an employee of the Employer who is insured under the Policy.

**Employer**

The Policyholder and any affiliates or subsidiaries covered under the Policy.  The Employer is acting as your agent for transactions relating to this insurance.  You shall not consider any actions of the Employer as actions of the Insurance Company.

**Full-time**

Full-time means the number of hours set by the Employer as a regular work day for Employees in your eligibility class.

**Good Cause**

A medical reason preventing participation in the Rehabilitation Plan.  Satisfactory proof of Good Cause must be provided to us.

**Injury**

Any accidental loss or bodily harm that results directly and independently from all other causes from an Accident.

**Insurability Requirement**

An eligible person satisfies the Insurability Requirement for an amount of coverage on the day we agree in writing to accept you as insured for that amount.  To determine a person's acceptability for coverage, we will require you to provide evidence of good health and may require it be provided at your expense.

**Insurance Company**

The Insurance Company underwriting the Policy is named on your certificate cover page.  References to the Insurance Company have been changed to "we", "our", "ours", and "us" throughout the certificate.

**Insured**

You are an Insured if you are eligible for insurance under the Policy, insurance is elected for you, the required premium is paid and your coverage is in force under the Policy.

**Physician**

Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality.  The term does not include you, your spouse, your immediate family (including parents, children, siblings, or spouses of any of the foregoing, whether the relationship derives from blood or marriage), or a person living in your household.

**Prior Plan**

The Prior Plan refers to the plan of insurance providing similar benefits to you, sponsored by the Employer and in effect directly prior to the Policy Effective Date.  A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**

The occupation you routinely perform at the time the Disability begins.  In evaluating the Disability, we will consider the duties of the occupation as it is normally performed in the general labor market in the national economy.  It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**

A written plan designed to enable you to return to work.  The Rehabilitation Plan will consist of one or more of the following phases:

1.       rehabilitation, under which we may provide, arrange or authorize education, vocational or physical rehabilitation or other appropriate services;
2       work, which may include modified work and work on a part-time basis.

**Sickness**

The term Sickness means a physical or mental illness.

TL-007500.43

14

**SUPPLEMENTAL INFORMATION**
for

**ARS Health & Welfare Benefit Plan**

**required by the Employee Retirement
Income Security Act of 1974**

As a Plan participant in ARS Acquisition Holdings, LLC's Insurance Plan, you are entitled to certain rights and protection under the Employee Retirement Income Security Act of 1974 (ERISA).

You should refer to the attached Certificate for a description of when you will become eligible under the Plan, the amount and types of benefits available to you, and the circumstances under which benefits are not available to you or may end.  The Certificate, along with the following Supplemental Information, makes up the Summary Plan Description as required by ERISA.

**IMPORTANT INFORMATION ABOUT THE PLAN**

- The Plan is established and maintained by ARS Acquisition Holdings, LLC, the Plan Sponsor.

- The Employer Identification Number (EIN) is 45-0542275.

- The Plan Number is 501.

- The Insurance Plan is administered directly by the Plan Administrator with benefits provided, in accordance with the provisions of the group insurance contract, LK-750578, issued by LIFE INSURANCE COMPANY OF NORTH AMERICA.

- The Plan Administrator is:          ARS Acquisition Holdings, LLC
                                      965 Ridge Lake Boulevard, Suite #201
                                      Memphis, TN  38120

  The Plan Administrator has authority to control and manage the operation and administration of the Plan.

- The Plan Sponsor may terminate, suspend, withdraw or amend the Plan, in whole or in part, at any time, subject to the applicable provisions of the Policy.  (Your rights upon termination or amendment of the Plan are set forth in your Certificate.)

- The agent for service of legal process is the Plan Administrator.

- The Plan of benefits is financed by the Employee.

- The date of the end of the Plan Year is December 31.

**WHAT YOU SHOULD DO AND EXPECT IF YOU HAVE A CLAIM**

When you are eligible to receive benefits under the Plan, you must request a claim form or obtain instructions for submitting your claim telephonically or electronically, from the Plan Administrator.  All claims you submit must be on the claim form or in the electronic or telephonic format provided by the Insurance Company.  You must complete your claim according to directions provided by the Insurance Company.  If these forms or instructions are not available, you must provide a written statement of proof of loss.  After you have completed the claim form or written statement, you must submit it to the Plan Administrator.

The Plan Administrator has appointed the Insurance Company as the named fiduciary for adjudicating claims for benefits under the Plan, and for deciding any appeals of denied claims.  The Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact.  All decisions made by the Insurance Company shall be final and binding on Participants and Beneficiaries to the full extent permitted by law.

The Insurance Company has 45 days from the date it receives your claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable to you in accordance with the terms and provisions of the Policy.  The Insurance Company may require more time to review your claim if necessary due to circumstances beyond its control.  If this should happen, the Insurance Company must notify you in writing that its review period has been extended for up to two additional periods of 30 days ( in the case of a claim for disability benefits), or one additional period of 90 days (in the case of any other benefit).  If this extension is made because you must furnish additional information, these extension periods will begin when the additional information is received.  You have up to 45 days to furnish the requested information.

During the review period, the Insurance Company may require a medical examination of the Insured, at its own expense; or additional information regarding the claim.  If a medical examination is required, the Insurance Company will notify you of the date and time of the examination and the physician's name and location.  It is important that you keep any appointments made since rescheduling examinations will delay the claim process.  If additional information is required, the Insurance Company must notify you, in writing, stating the information needed and explaining why it is needed.

If your claim is approved, you will receive the appropriate benefit from the Insurance Company.

If your claim is denied, in whole or in part, you must receive a written notice from the Insurance Company within the review period.  The Insurance Company's written notice must include the following information:

1.  The specific reason(s) the claim was denied.
2.  Specific reference to the Policy provision(s) on which the denial was based.
3.  Any additional information required for your claim to be reconsidered, and the reason this information is necessary.
4.  In the case of any claim for a disability benefit, identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5.  A statement informing you of your right to appeal the decision, and an explanation of the appeal procedure, including a statement of your right to bring a civil action under Section 502(a) of ERISA if your appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, you have the right to appeal the decision.  You (or your duly authorized representative) must make a written request for appeal to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date you receive the denial.  If you do not make this request within that time, you will have waived your right to appeal.

Once your request has been received by the Insurance Company, a prompt and complete review of your claim must take place.  This review will give no deference to the original claim decision, and will not be made by the person who made the initial claim decision.  During the review, you (or your duly authorized representative) have the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan.  Any medical or vocational experts consulted by the Insurance Company will be identified.  You may also submit issues and comments that you feel might affect the outcome of the review.

The Insurance Company has 60 days from the date it receives your request to review your claim and notify you of its decision (45 days, in the case of any claim for disability benefits).  Under special circumstances, the Insurance Company may require more time to review your claim.  If this should happen, the Insurance Company must notify you, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any claim for disability benefits).  Once its review is complete, the Insurance Company must notify you, in writing, of the results of the review and indicate the Plan provisions upon which it based its decision.

## YOUR RIGHTS AS SET FORTH BY ERISA

As a participant in ARS Acquisition Holdings, LLC's Insurance Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefit Security Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report.  The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefit Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefit Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefit Security Administration.

LM-5B35a                                                                                         ER-03-1

## IMPORTANT CHANGES FOR STATE REQUIREMENTS

If you reside in one of the following states, please read the important changes below. The provisions of your certificate are modified for residents of the following states. The modifications listed apply only to residents of that state, and only when the underlying provision is included in the certificate.

**Louisiana residents:**

The percentage of Covered Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**

The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**

Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

**UNDERWRITTEN BY:**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**a CIGNA company**

Class 1
02/2017





**IMPORTANT NOTICE CONCERNING STATE STATUTORY DISABILITY LAWS**

If you have employees whose principal work location is in any of the following states, you may be required to provide those employees with non-occupational short-term disability coverage.  Regular insured or self-insured STD benefit plans do not generally meet the requirements for coverage under these laws.

| State | How Coverage Is Provided | Web Site |
|---|---|---|
| California | State Fund or Approved Self-Insurance | www.edd.ca.gov |
| Hawaii | Insurance Policy or Approved Self-Insurance | Hawaii.gov/labor |
| New Jersey | State Fund, Approved Insurance Policy or Approved Self-Insurance | www.nj.gov/labor |
| New York | Insurance Policy or Approved Self-Insurance | www.wcb.state.ny.us |
| Puerto Rico | State Fund, Approved Insurance Policy or Approved Self-Insurance | www.dtrh.gobierno.pr/ |

*This website is Spanish language only.  To translate into English, place the web address into the Google® search box.  Google® will find the page in question and present it as the top choice.  There will be a link that translates the page (by default, into English).  The Google® translation service stays active, and if you click any other web page link on that page, it will translate the linked page as well.*

| Rhode Island | State Fund | www.dlt.ri.gov/tdi |

Please contact your CIGNA Sales Representative or Account Manager if you would like more information about statutory disability products and services available from CIGNA companies.

NOTICE CONCERNING COVERAGE UNDER

THE TENNESSEE LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION ACT

Residents of Tennessee who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association.  The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in the state and, in some cases, to keep coverage in force.  The valuable extra protection provided by these insurers through the Guaranty Association in not unlimited, however.  And, as noted below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The state law that provides for this safety-net coverage is called the Tennessee Life and Health Insurance Guaranty Association Act.  The following is a brief summary of this law's coverages, exclusions and limits.  **This summary does not cover all provisions of the law or describe all of the conditions and limitations relating to coverage.  This summary does not in any way change anyone's rights or obligations under the act or the rights or obligations of the Guaranty Association.**

COVERAGE

Generally, individuals will be protected by the Life and Health Insurance Guaranty Association if they live in this state and hold a life or health insurance contract, an annuity, or if they are insured under a group insurance contract issued by an insurer authorized to conduct business in Tennessee.  Health insurance includes disability and long term care policies.  The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

EXCLUSIONS FROM COVERAGE

However, persons holding such policies are not protected by this Guaranty Association if:

(1)     they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insured who live outside that state);

(2)     the insurer was not authorized to do business in this state;

(3)     their policy was issued by an HMO, fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policyholder is subject to future assessments, or by an insurance exchange.

The Guaranty Association also does not provide coverage for:

(1)     any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;

(2)     any policy of reinsurance (unless an assumption certificate was issued);

(3)     interest rate yields that exceed an average rate;

(4)     dividends;

(5)     credits given in connection with the administration of a policy by a group contractholder;

(6)     employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

(7)     unallocated annuity contracts (which give rights to group contractholders, not individuals).

<u>LIMITS ON AMOUNT OF COVERAGE</u>

       The act also limits the amount the Guaranty Association is obligated to pay out.  The Guranty Association cannot pay more than what the insurance company would owe under a policy or contract. For any one insured life, the Guaranty Association guarantees payments up to a stated maximum no matter how many policies and contracts there were with the same company, even if they provided different types of coverage.  There aggregate limits per life are as follows:

- $300,000 for policies and contracts of all types, except as described in the next point

- $500,000 for basic hospital, medical and surgical insurance and major medical insurance issued by companies that become insolvent after January 1, 2010

       Within these overall limits, the Guaranty Association cannot guarantee payment of benefit greater than the following:

- life insurance death benefits - $300,000

- life insurance cash surrender value - $100,000

- present value of annuity benefits for companies insolvent before July 1, 2009 - $100,000

- present value of annuity benefits for companies insolvent after June 30, 2009 - $250,000'

- health insurance benefits for companies declared insolvent before January 1, 2010 - $100,000

- health insurance benefits for companies declared insolvent on or after January 1, 2010:
    o     $100,000 for limited benefits and supplemental health coverages

    o     $300,000 for disability and long term insurance

    o     $500,000 for basic hospital, medical and surgical insurance or major medical insurance

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Tennessee Life and Health Insurance Guaranty Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Tennessee.  You should not rely on coverage by the Tennessee Life and Health Insurance Guaranty association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice.  However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

Tennessee Life and Health Guaranty Association
1200 One Nashville Place
150 4th Avenue North
Nashville, TN 37219

Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association.  The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.  The valuable extra protection by these insurers through the Guaranty Association is not unlimited, however and is not available at all for some policies.

COVERAGE IS <u>NOT</u> PROVIDED FOR YOUR POLICY OR ANY PORTION OF IT THAT IS NOT GUARANTEED BY THE INSURER OR FOR WHICH YOU HAVE ASSUMED THE RISK, SUCH AS A VARIABLE CONTRACT SOLD BY PROSPECTUS.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are not prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

Tennessee Life and Health Guaranty Association
1200 One Nashville Place
150 4th Avenue North
Nashville, TN 37219


Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, TN 37243

LIFE INSURANCE COMPANY OF NORTH AMERICA
1601 CHESTNUT STREET                                              GROUP POLICY
PHILADELPHIA, PA 19192-2235
(800) 732-1603          TDD (800) 552-5744
**A STOCK INSURANCE COMPANY**

| | |
|---|---|
| **POLICYHOLDER:** | ARS Acquisition Holdings, LLC |
| **POLICY NUMBER:** | LK-750578 |
| **POLICY EFFECTIVE DATE:** | January 1, 2009 |
| **POLICY ANNIVERSARY DATE:** | January 1 |

This Policy describes the terms and conditions of coverage.  It is issued in Tennessee and shall be governed by its laws.  The Policy goes into effect on the Policy Effective Date, 12:01 a.m. at the Policyholder's address.

In return for the required premium, the Insurance Company and the Policyholder have agreed to all the terms of this Policy.

Scott Kern, Corporate Secretary                Matthew G. Manders, President

TL-004700                                                          O/O v-2

**TABLE OF CONTENTS**

SCHEDULE OF BENEFITS ............................................................................................ 1

SCHEDULE OF BENEFITS FOR CLASS 1 ................................................................. 2

ELIGIBILITY FOR INSURANCE ................................................................................ 5

EFFECTIVE DATE OF INSURANCE ......................................................................... 5

TERMINATION OF INSURANCE .............................................................................. 5

CONTINUATION OF INSURANCE ............................................................................ 6

DESCRIPTION OF BENEFITS ................................................................................... 7

EXCLUSIONS ............................................................................................................ 11

CLAIM PROVISIONS .............................................................................................. 11

ADMINISTRATIVE PROVISIONS .......................................................................... 13

GENERAL PROVISIONS ......................................................................................... 14

DEFINITIONS ........................................................................................................... 15

**SCHEDULE OF BENEFITS**

**Re-Issue Date**:

January 1, 2012.  This Policy reflects the terms and conditions of coverage applicable on this date. References throughout the Policy to the Policy Effective Date mean the original effective date of the Policy.  If this Policy includes an Active Service requirement and an insured person is not in Active Service on the Re-issue Date, coverage for the insured person will be determined based on the terms of the Policy in effect on the day prior to the Re-issue Date until the date the insured person returns to Active Service.

**Premium Due Date:**     The last day of each month

**Classes of Eligible Employees**

Class 1          All active, Full-time Employees of the Employer regularly working a minimum of 30 hours per week.

**SCHEDULE OF BENEFITS FOR CLASS 1**

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:
> The first of the month coincident or following 3 consecutive months of employment.

For Employees hired after the Policy Effective Date:
> The first of the month coincident or following 3 consecutive months of employment.

For you to be eligible for coverage, you are required to be an active regular, Full-time Employee regularly scheduled to work at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of the following classes:

> The terms of your employment are governed by a collective bargaining agreement;
> you are classified as a temporary, seasonal or part-time employee;
> you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee and not eligible for any Company benefits;
> you are an employee of the Company assigned to a location which was (1) acquired by the Company through either stock or asset purchase, and (2) retained its own separate benefit plan.

If you are rehired or move back to regular Full-time status within 90 days, your coverage is reinstated on the first of the month after your rehire or move back to regular full-time status.

Employees can use their PTO time toward the Eligibility Waiting Period.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.      unable to perform the material duties of his or her Regular Occupation; and
2.      unable to earn 80% or more of his or her Covered Earnings from working in his or her Regular Occupation.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings**
Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.  Coverage levels will be adjusted on January 1 consistent with the Employee's updated annual earnings.

Covered Earnings for Employees in an eligible class who have completed at least one full year of employment as of December 31 of the previous year, means an Employee's wage or salary as reported by the Employer in the Employee's W-2 form box #5 for that calendar year, which reports wages, tips, and other compensation for federal income tax purposes. It includes the Insured Employee's total income before taxes less any deductions for pre-tax insurance contributions to a section 125 plan and flexible spending accounts. It does not include amounts received, as Employer contributions to a deferred compensation plan or 401k plan, income received from any car, housing, or moving allowance; or income from a source other than the Employer.

Covered Earnings for Employees in an eligible class with less than one full year of employment as of December 31 means the average monthly gross income as reported by the Employer during the actual period of employment. It includes the Employee's total income before taxes less any deductions for pre-tax insurance contributions to a section 125 plan, or flexible spending account. It does not include amounts received as Employer contributions to a deferred compensation plan or 401k plan; income received from any car, housing, or moving allowance; or income from a source other than the Employer.

For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.  Annual earnings means the average of the monthly gross income received from the Employer during the actual period of employment.

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Elimination Period**
          For Accident:   7 days
          For Sickness:   7 days

| **Gross Disability Benefit** | The lesser of 60% of an Employee's weekly Covered Earnings rounded to the nearest $1,000 or the Maximum Disability Benefit. |
|---|---|

| **Maximum Disability Benefit** | $2,500 per week |
|---|---|

| **Minimum Disability Benefit** | $25 per week |
|---|---|

**Disability Benefit Calculation**
The Weekly Benefit payable to the Employee for any week the Employee is Disabled is the Gross Disability Benefit minus Other Income Benefits.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

**Maximum Benefit Period**

|  | For Accident: | The date the 13th Disability Benefit is payable. |
|---|---|---|
|  | For Sickness: | The date the 13th Disability Benefit is payable. |

The 13 week maximum does not include the Eligibility Waiting Period.

**Initial Premium Rates**

The Monthly Premium for each Employee is based on the Employee's Age and amount of Weekly Benefit.  The Monthly Rates per $10 of Weekly Benefit are listed below.

| | | | |
|---|---|---|---|
| Under Age 20 | $.465 | Age 45 – 49 | $.465 |
| Age 20 - 24 | $.465 | Age 50 - 54 | $.697 |
| Age 25 - 29 | $.465 | Age 55 - 59 | $.697 |
| Age 30 - 34 | $.465 | Age 60 - 64 | $.697 |
| Age 35 - 39 | $.465 | Age 65 or over | $1.01 |
| Age 40 - 44 | $.465 | | |

**Open Enrollment Period**

During the Open Enrollment Period of November 14, 2011 through December 15, 2011 an Employee who is eligible to be insured under this Policy may become insured under the Policy without satisfying the Insurability Requirement.  Insurance will be effective on the January 1 following the Open Enrollment Period.

An Employee may reduce Insurance Benefits during the Open Enrollment Period.  A request for a Benefit reduction received during an Open Enrollment Period will become effective on January 1 following the Open Enrollment Period.

TL-004774

## ELIGIBILITY FOR INSURANCE

An Employee in one of the Classes of Eligible Employees shown in the Schedule of Benefits is eligible to be insured on the Policy Effective Date, or the day he or she completes the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time the Employee must be in Active Service to be eligible for coverage.  It will be extended by the number of days the Employee is not in Active Service.

Except as noted in the Reinstatement Provision, if an Employee terminates coverage and later wishes to reapply, or if a former Employee is rehired, a new Eligibility Waiting Period must be satisfied.  An Employee is not required to satisfy a new Eligibility Waiting Period if insurance ends because he or she is no longer in a Class of Eligible Employees, but continues to be employed and within one year becomes a member of an eligible class.

TL-004710

## EFFECTIVE DATE OF INSURANCE

An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company.  The effective date of this insurance depends on the date coverage is elected.

Insurance for an Employee who applies for insurance within 31 days after he or she becomes eligible is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date payroll deduction is authorized.
3.      The date the Insurance Company receives the Employee's completed enrollment form.

If an Employee's enrollment form is received more than 31 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective.  If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.

If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

## TERMINATION OF INSURANCE

An Employee's coverage will end on the earliest of the following dates:
1.      the date the Employee is eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date the Employee is no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date the Employee is no longer in Active Service;
6.      the date benefits end for failure to comply with the terms and conditions of the Policy.

Disability Benefits will be payable to an Employee who is entitled to receive Disability Benefits when the Policy terminates, if he or she remains disabled and meets the requirements of the Policy.  Any period of Disability, regardless of cause, that begins when the Employee is eligible under another group disability coverage provided by any employer, will not be covered.

TL-007505.00

## CONTINUATION OF INSURANCE

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service. Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever comes first.

If your Active Service ends due to unpaid leave of absence approved by the Employer, insurance will continue for you for up to 6 months, if the required premium is paid when due.  If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to12 weeks, if the required premium is paid when due.  If an Employee's Active Service ends due to a workman's compensation case, then insurance will continue for an Employee up to 12 months, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.  If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other leave of absence approved in writing by the Employer prior to the date the Employee ceases work, insurance will continue for an Employee for up to 6 months if the required premium is paid.  An unpaid approved leave of absence does not include layoff or termination of employment.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

6

## TAKEOVER PROVISION

This provision applies only to Employees eligible under this Policy who were covered for short term disability coverage on the day prior to the effective date of this Policy under the prior plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to Employees who are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance.  If required premium is paid when due, the Insurance Company will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group.  This coverage will be provided until the earlier of the date: (a) the employee returns to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day the employee was not in Active Service.  The Policy will provide this coverage as follows:

1.  If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
2.  If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods.

B.  The Elimination Period under this Policy will be waived for a Disability which begins while the Employee is insured under this Policy if all of the following conditions are met:

1.  The Disability results from the same or related causes as a Disability for which weekly benefits were payable under the Prior Plan;
2.  Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
3.  An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
4.  The Disability begins within 14 days of the Employee's return to Active Service and the Employee's insurance under this Policy is continuous from this Policy's Effective Date.

Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

TL-005108

## DESCRIPTION OF BENEFITS

The following provisions explain the benefits available under the Policy.  Please see the Schedule of Benefits for the applicability of these benefits to each class of Insureds.

**Disability Benefits**
The Insurance Company will pay Disability Benefits if an Employee becomes Disabled while covered under this Policy.  The Employee must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy.  He or she must provide the Insurance Company, at his or her own expense, satisfactory proof of Disability before benefits will be paid.  The Disability Benefit is shown in the Schedule of Benefits.

The Insurance Company will require continued proof of the Employee's Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time an Employee must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**
The Disability Benefit Calculation is shown in the Schedule of Benefits.  Weekly Disability Benefits are based on the number of days in a normally scheduled work week for the Employee immediately before the onset of Disability.  They will be prorated if payable for any period less than a week.

**Minimum Benefit**
The Insurance Company will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits.  The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**
An Employee for whom Disability Benefits are payable under this Policy may be eligible for benefits from Other Income Benefits.  If so, the Insurance Company may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1.     any amounts received (or assumed to be received*) by the Employee or his or her dependents under:
   -     the Canada and Quebec Pension Plans;
   -     the Railroad Retirement Act;
   -     any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
   -     any sick leave or salary continuation plan of the Employer;
   -     any work loss provision in mandatory "No-Fault" auto insurance.
2.     any Social Security disability or retirement benefits the Employee or any third party receives (or is assumed to receive*) on his or her own behalf or for his or her dependents; or which his or her dependents receive (or are assumed to receive*) because of his or her entitlement to such benefits.
3.     any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 40l(k) plan.
4.     any proceeds payable under any franchise or group insurance or similar plan provided by the Policyholder.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay for its pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5.     any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of an Employee's entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

8

*Increases in Other Income Benefits*

Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating the Employee's Disability Benefits after the first reduction is made for any Other Income Benefits. This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*

Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

The Insurance Company will assume the Employee (and his or her dependents, if applicable) are receiving benefits for which they are eligible from Other Income Benefits. The Insurance Company will reduce the Employee's Disability Benefits by the amount from Other Income Benefits it estimates are payable to the Employee and his or her dependents.

The Insurance Company will waive Assumed Receipt of Benefits, except for Disability Earnings for work the Employee performs while Disability Benefits are payable, if the Employee:

1.   provides satisfactory proof of application for Other Income Benefits;
2.   signs a Reimbursement Agreement;
3.   provides satisfactory proof that all appeals for Other Income Benefits have been made unless the Insurance Company determines that further appeals are not likely to succeed; and
4.   submits satisfactory proof that Other Income Benefits were denied.

The Insurance Company will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until the Employee actually receives them.

*Social Security Assistance*

The Insurance Company may help the Employee in applying for Social Security Disability Income (SSDI) Benefits, and may require the Employee to file an appeal if it believes a reversal of a prior decision is possible.

The Insurance Company will reduce Disability Benefits by the amount it estimates the Employee will receive, if the Employee refuses to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**

The Insurance Company has the right to recover any benefits it has overpaid. The Insurance Company may use any or all of the following to recover an overpayment:

1.   request a lump sum payment of the overpaid amount;
2.   reduce any amounts payable under this Policy; and/or
3.   take any appropriate collection activity available to it.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when the Employee dies, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**

A separate period of Disability will be considered continuous:

1. if it results from the same or related causes as a prior Disability for which benefits were payable; and

2. if, after receiving Disability Benefits, the Employee returns to work in his or her Regular Occupation for less than 14 days; and

3. if the Employee earns less than the percentage of Covered Earnings that would still qualify him or her to meet the definition of Disability/Disabled during at least one week.

Any later period of Disability, regardless of cause, that begins when the Employee is eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, the Employee must satisfy a new Elimination Period.

TL-007500.43

## ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**

If the Insurance Company determines that a Disabled Employee is a suitable candidate for rehabilitation, the Insurance Company may require the Employee to participate in a Rehabilitation Plan. The Insurance Company has the sole discretion to approve the Employee's participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan. The Insurance Company will work with the Employee, the Employer and the Employee's Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at the Insurance Company's discretion, allow for payment of the Employee's medical expense, education expense, moving expense, accommodation expense or family care expense while he or she participates in the program.

If an Employee fails to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:

1. the date the Employee earns from any occupation, more than the percentage of Covered Earnings set forth in the definition of Disability;

2. the date the Insurance Company determines he or she is not Disabled;

3. the end of the Maximum Benefit Period;

4. the date the Employee dies;

5. the date the Employee refuses, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;

6. the date the Employee is no longer receiving Appropriate Care;

7. the date the Employee fails to cooperate with the Insurance Company in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if the Employee begins to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## EXCLUSIONS

The Insurance Company will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:

1.　suicide, attempted suicide, or intentionally self-inflicted injury while sane or insane.
2.　war or any act of war, whether or not declared.
3.　active participation in a riot.
4.　commission of a felony.
5.　the revocation, restriction or non-renewal of an Employee's license, permit or certification necessary to perform the duties of his or her occupation unless due solely to Injury or Sickness otherwise covered by the Policy.
6.　any cosmetic surgery or surgical procedure that is not Medically Necessary; "Medically Necessary" means the surgical procedure is: (a) prescribed by a Physician as required treatment of the Injury or Sickness; and (b) appropriate according to conventional medical practice for the Injury or Sickness in the locality in which the surgery is performed. (The Insurance Company will pay benefits if the Disability is caused by the Employee donating an organ in a non-experimental organ transplant procedure.)
7.　an Injury or Sickness for which the Employee is entitled to benefits from Workers' Compensation or occupational disease law.
8.　an Injury or Sickness that is work related.

In addition, the Insurance Company will not pay Disability Benefits for any period of Disability during which the Employee is incarcerated in a penal or corrections institution.

TL-007503.43

## CLAIM PROVISIONS

**Notice of Claim**

Written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's Name, the Policy Number and the claimant's name and address.

**Claim Forms**

When the Insurance Company receives notice of claim, the Insurance Company will send claim forms for filing proof of loss.  If claim forms are not sent within 15 days after notice is received by the Insurance Company, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, of the nature and extent of the loss.

**Claimant Cooperation Provision**

Failure of a claimant to cooperate with the Insurance Company in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**

The Employer is required to cooperate with the Insurance Company in the review of claims and applications for coverage. Any information the Insurance Company provides in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**

Written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given not more than one year after that 90 day period. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is provided outside of these time limits, the claim will be denied. These time limits will not apply while the person making the claim lacks legal capacity.

Written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, that the loss continues must be furnished to the Insurance Company at intervals required by us. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to the Insurance Company.

**Time of Payment**

Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which the Insurance Company is liable, will be paid at that time.

**To Whom Payable**

Disability Benefits will be paid to the Employee. If any person to whom benefits are payable is a minor or, in the opinion of the Insurance Company, is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, the Insurance Company may, at its option, make payment to the person or institution appearing to have assumed custody and support.

If an Employee dies while any Disability Benefits remain unpaid, the Insurance Company may, at its option, make direct payment to any of the following living relatives of the Employee: spouse, mother, father, children, brothers or sisters; or to the executors or administrators of the Employee's estate. The Insurance Company may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release the Insurance Company from all liability for any payment made.

**Physical Examination and Autopsy**

The Insurance Company, at its expense, will have the right to examine any person for whom a claim is pending as often as it may reasonably require. The Insurance Company may, at its expense, require an autopsy unless prohibited by law.

**Legal Actions**
No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, has been furnished as required by the Policy.  No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**
If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which the Employee lives when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**
The Insured will have the right to choose any Physician who is practicing legally.  The Insurance Company will in no way disturb the Physician/patient relationship.

TL-004724

## ADMINISTRATIVE PROVISIONS

**Premiums**
The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Changes in Premium Rates**
The premium rates may be changed by the Insurance Company from time to time with at least 31 days advance written notice.  No change in rates will be made until 24 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12 month period.  However, the Insurance Company reserves the right to change the rates even during a period for which the rate is guaranteed if any of the following events take place.
1.    The terms of the Policy change.
2.    A division, subsidiary, affiliated company or eligible class is added or deleted from the Policy.
3.    There is a change in the factors bearing on the risk assumed.
4.    Any federal or state law or regulation is amended to the extent it affects the Insurance Company's benefit obligation.
5.    The Insurance Company determines that the Employer has failed to promptly furnish any necessary information requested by the Insurance Company, or has failed to perform any other obligations in relation to the Policy.

If an increase or decrease in rates takes place on a date that is not a Premium Due Date, a pro rata adjustment will apply from the date of the change to the next Premium Due Date.

**Reporting Requirements**
The Employer must, upon request, give the Insurance Company any information required to determine who is insured, the amount of insurance in force and any other information needed to administer the plan of insurance.

**Payment of Premium**
The first premium is due on the Policy Effective Date.  After that, premiums will be due monthly unless the Employer and the Insurance Company agree on some other method of premium payment.

If any premium is not paid when due, the plan will be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Notice of Cancellation**
The Employer or the Insurance Company may cancel the Policy as of any Premium Due Date by giving 31 days advance written notice.  If a premium is not paid when due, the Policy will automatically be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Policy Grace Period**
A Policy Grace Period of 45 days will be granted for the payment of the required premiums under this Policy.  This Policy will be in force during the Policy Grace Period.  The Employer is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

**Grace Period for the Insured**
If the required premium is not paid on the Premium Due Date, there is a 45 day grace period after each premium due date after the first.  If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.

**Reinstatement of Insurance**
An Employee's insurance may be reinstated if it ends because the Employee is on an unpaid leave of absence.

An Employee's insurance may be reinstated only if reinstatement occurs within 12 weeks from the date insurance ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).  For insurance to be reinstated the following conditions must be met.
1.      An Employee must be in a Class of Eligible Employees.
2.      The required premium must be paid.
3.      A written request for reinstatement must be received by the Insurance Company within 31 days from the date an Employee returns to Active Service.

Reinstated insurance will be effective on the date the Employee returns to Active Service.  If an Employee did not fully satisfy the Eligibility Waiting Period or the Pre-Existing Condition Limitation (if any) before insurance ended due to an unpaid leave of absence, credit will be given for any time that was satisfied.

TL-004720

## GENERAL PROVISIONS

**Entire Contract**
The entire contract will be made up of the Policy, the application of the Employer, a copy of which is attached to the Policy, and the applications, if any, of the Insureds.

**Incontestability**
All statements made by the Employer or by an Insured are representations not warranties.  No statement will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument containing the statement has been furnished to the claimant.  In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility for coverage.

**Misstatement of Age**
If an Insured's age has been misstated, the Insurance Company will adjust all benefits to the amounts that would have been purchased for the correct age.

**Policy Changes**
No change in the Policy will be valid until approved by an executive officer of the Insurance Company. This approval must be endorsed on, or attached to, the Policy.  No agent may change the Policy or waive any of its provisions.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for insurance under any Workers' Compensation Insurance Law.

**Certificates**
A certificate of insurance will be delivered to the Employer for delivery to Insureds.  Each certificate will list the benefits, conditions and limits of the Policy.  It will state to whom benefits will be paid.

**Assignment of Benefits**
The Insurance Company will not be affected by the assignment of an Insured's certificate until the original assignment or a certified copy of the assignment is filed with the Insurance Company.  The Insurance Company will not be responsible for the validity or sufficiency of an assignment.  An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect.  This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts.  This prohibition does not apply where contrary to law.

**Clerical Error**
A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy.  If such an error is found, the premium will be adjusted fairly.

**Agency**
The Employer and Plan Administrator are agents of the Employee for transactions relating to insurance under the Policy.  The Insurance Company is not liable for any of their acts or omissions.

**Ownership of Records**
All records maintained by the Insurance Company are, and shall remain, the property of the Insurance Company.

TL-004726

## DEFINITIONS

Please note, certain words used in this document have specific meanings.  These terms will be capitalized throughout this document.  The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Accident**
An Accident is a sudden, unforeseeable external event that causes bodily Injury to an Insured while coverage is in force under the Policy.

**Active Service**
An Employee is in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.      The Employee is performing his or her regular occupation for the Employer on a full-time basis. He or she must be working at one of the Employer's usual places of business or at some location to which the employer's business requires an Employee to travel.
2.      The day is a scheduled holiday or vacation day and the Employee was performing his or her regular occupation on the preceding scheduled work day.

An Employee is in Active Service on a day which is not one of the Employer's scheduled work days only if he or she was in Active Service on the preceding scheduled work day.

**Appropriate Care**

Appropriate Care means the determination of an accurate and medically supported diagnosis of the Employee's Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Disability Earnings**

Any wage or salary for any work performed for any employer during the Employee's Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**

For eligibility purposes, an Employee is an employee of the Employer in one of the "Classes of Eligible Employees." Otherwise, Employee means an employee of the Employer who is insured under the Policy.

**Employer**

The Policyholder and any affiliates or subsidiaries covered under the Policy. The Employer is acting as an agent of the Insured for transactions relating to this insurance. The actions of the Employer shall not be considered the actions of the Insurance Company.

**Full-time**

Full-time means the number of hours set by the Employer as a regular work day for Employees in the Employee's eligibility class.

**Good Cause**

A medical reason preventing participation in the Rehabilitation Plan. Satisfactory proof of Good Cause must be provided to the Insurance Company.

**Injury**

Any accidental loss or bodily harm which results directly and independently of all other causes from an Accident.

**Insurability Requirement**

An eligible person will satisfy the Insurability Requirement for an amount of coverage on the day the Insurance Company agrees in writing to accept him or her as insured for that amount. To determine a person's acceptability for coverage, the Insurance Company will require evidence of good health and may require it be provided at the Employee's expense.

**Insurance Company**

The Insurance Company underwriting the Policy is named on the Policy cover page.

**Insured**

A person who is eligible for insurance under the Policy, for whom insurance is elected, the required premium is paid and coverage is in force under the Policy.

**Physician**

Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include an Employee, an Employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derives from blood or marriage), of an Employee or spouse, or a person living in an Employee's household.

**Prior Plan**

The Prior Plan refers to the plan of insurance providing similar benefits sponsored by the Employer in effect directly prior to the Policy Effective Date.  A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**

The occupation the Employee routinely performs at the time the Disability begins.  In evaluating the Disability, the Insurance Company will consider the duties of the occupation as it is normally performed in the general labor market in the national economy.  It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**

A written plan designed to enable the Employee to return to work.  The Rehabilitation Plan will consist of one or more of the following phases:

1.	rehabilitation, under which the Insurance Company may provide, arrange or authorize educational, vocational or physical rehabilitation or other appropriate services;

2.	work, which may include modified work and work on a part-time basis.

**Sickness**

Any physical or mental illness.

TL-007500.43

17

## LIFE INSURANCE COMPANY OF NORTH AMERICA
### (herein called the Insurance Company)

### AMENDATORY RIDER

### CLAIM PROCEDURES APPLICABLE TO PLANS SUBJECT TO THE
### EMPLOYEE RETIREMENT INCOME SECURITY ACT ("ERISA")

The provisions below amend the Policy to which they are attached.  They apply to all claims for benefits under the Policy.  They supplement other provisions of the Policy relating to claims for benefits.

This Policy has been issued in conjunction with an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA").  This Policy is a Plan document within the meaning of ERISA.  As respects the Insurance Company, it is the sole contract under which benefits are payable by the Insurance Company.  Except for this, it shall not be deemed to affect or supersede other Plan documents.

The Plan Administrator has appointed the Insurance Company as the named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims.

**Review of Claims for Benefits**

The Insurance Company has 45 days from the date it receives a claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable in accordance with the terms of the Policy.  The Insurance Company may require more time to review the claim if necessary due to matters beyond its control.  If this should happen, the Insurance Company must provide notice in writing that its review period has been extended for:

      (i)      up to two more 30 day periods (in the case of a claim for disability benefits); or

      (ii)     90 days more (in the case of any other benefit).

If this extension is made because additional information must be furnished, these extension periods will begin when the additional information is received.  The requested information must be furnished within 45 days.

During the review period, the Insurance Company may require:

      (i)      a medical examination of the Insured, at its own expense; or

      (ii)     additional information regarding the claim.

If a medical examination is required, the Insurance Company will notify the Insured of the date and time of the examination and the physician's name and location.  If additional information is required, the Insurance Company must notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit.

If the claim is denied, in whole or in part, the Insurance Company will provide written notice within the review period.  The Insurance Company's written notice will include the following information:

1.    The specific reason(s) the claim was denied.
2.    Specific reference to the Policy provision(s) on which the denial was based.
3.    Any additional information required for the claim to be reconsidered, and the reason this information is necessary.
4.    In the case of any claim for a disability benefit: identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5.    A statement regarding the right to appeal the decision, and an explanation of the appeal procedure, including a statement of the right to bring a civil action under Section 502(a) of ERISA if the appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, there is the right to appeal the decision.  A written request for appeal must be made to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date the denial was received.  If a request is not made within that time, the right to appeal will have been waived.

Once a request has been received by the Insurance Company, a prompt and complete review of the claim will take place.  This review will give no deference to the original claim decision.  It will not be made by the person who made the initial claim decision, or a subordinate of that person.  During the review, the claimant (or the claimant's duly authorized representative) has the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan.  Any medical or vocational experts consulted by the Insurance Company will be identified.  Issues and comments that might affect the outcome of the review may also be submitted.

The Insurance Company has 60 days (45 days, in the case of any disability benefit) from the date it receives a request to review the claim and provide its decision.  Under special circumstances, the Insurance Company may require more time to review the claim.  If this should happen, the Insurance Company must provide notice, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any disability benefit).  Once its review is complete, the Insurance Company must state, in writing, the results of the review and indicate the Plan provisions upon which it based its decision.

*Matthew G. Manders*

Matthew G. Manders, President

TL-009000

## IMPORTANT CHANGES FOR STATE REQUIREMENTS

If an Employee resides in one of the following states, the provisions of the certificate are modified for residents of the following states.  The modifications listed apply only to residents of that state.

**Louisiana residents:**

The percentage of Covered Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**

The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**

Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

20

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, ARS Acquisition Holdings, LLC, whose main office address is Memphis, TN, hereby approve and accept the terms of Group Policy Number LK-750578 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate.  One part is to be retained by ARS Acquisition Holdings, LLC; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

ARS Acquisition Holdings, LLC

Signature and Title: _____ Date:_____

(This Copy Is To Be Returned To LIFE INSURANCE COMPANY OF NORTH AMERICA)

--------------------------------------------------------------------------------------------------------------------------------

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, ARS Acquisition Holdings, LLC, whose main office address is Memphis, TN, hereby approve and accept the terms of Group Policy Number LK-750578 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate.  One part is to be retained by ARS Acquisition Holdings, LLC; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.

ARS Acquisition Holdings, LLC

Signature and Title: _____ Date:_____

(This Copy Is To Be Retained By ARS Acquisition Holdings, LLC)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2011, there is an Open Enrollment Event from November 20, 2010 through November 30, 2010. All Eligible Participants can elect up to the Guaranteed Issue Amount Maximum.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  December 23, 2010

Amendment No. 01

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.   Effective May 1, 2012, the Continuation of Insurance provision is replaced by the following:

**CONTINUATION OF INSURANCE**

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever comes first.
If an Employee's Active Service ends due to leave of absence approved by the Employer, insurance will continue for an Employee for up to 6 months, if the required premium is paid when due.

If an Employee's Active Service ends due to unpaid leave of absence approved by the Employer, insurance will continue for an Employee for up to 6 months, if the required premium is paid when due.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.

If an Employee's Active Service ends due to workers compensation, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

2.  Effective May 1, 2012, the Pre-Existing Condition Limitation is added to the Policy:

    **Pre-Existing Condition Limitation**
    The Insurance Company will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which the Employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before his or her most recent effective date of insurance.

    The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after an Employee is covered for at least 12 months after his or her most recent effective date of insurance, or the effective date of any added or increased benefits.

3.  Effective May 1, 2012, the Effective Date of Insurance provision is replaced by the following:

    An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company. The effective date of this insurance depends on the date coverage is elected.

    Insurance for an Employee who applies for insurance within 90 days after he or she becomes eligible is effective on the latest of the following dates.
    1.      The Policy Effective Date.
    2.      The date payroll deduction is authorized.
    3.      The date the Insurance Company receives the Employee's completed enrollment form.

    If an Employee's enrollment form is received more than 90 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective. If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.

    If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

    TL-004712

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

 Matthew G. Manders, President

Date:  October 9, 2012  (revised)

Amendment No. 02

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2014, the following rates will be in force for Class 1 for coverage under the Policy:

The Monthly Premium for each Employee is based on the Employee's Age and amount of Weekly Benefit.  The Monthly Rates per $10 of Weekly Benefit are listed below.

| | | | |
|---|---|---|---|
| Under Age 20 | $.465 | Age 45 – 49 | $.465 |
| Age 20 - 24 | $.465 | Age 50 - 54 | $.697 |
| Age 25 - 29 | $.465 | Age 55 - 59 | $.697 |
| Age 30 - 34 | $.465 | Age 60 - 64 | $.697 |
| Age 35 - 39 | $.465 | Age 65 or over | $1.010 |
| Age 40 - 44 | $.465 | | |

No change in rates will be made until 24 months after the effective date of this Amendment. However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

Matthew G. Manders, President

Date:  December 27, 2013 (Revised April 17, 2014)

Amendment No. 03

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.  Effective January 1, 2015, the following rates will remain in force for Class 1 for coverage under the Policy:

    The Monthly Premium for each Employee is based on the Employee's Age and amount of Weekly Benefit.  The Monthly Rates per $10 of Weekly Benefit are listed below.

    | | | | |
    |---|---|---|---|
    | Under Age 20 | $.419 | Age 45 – 49 | $.419 |
    | Age 20 - 24 | $.419 | Age 50 - 54 | $.627 |
    | Age 25 - 29 | $.419 | Age 55 - 59 | $.627 |
    | Age 30 - 34 | $.419 | Age 60 - 64 | $.627 |
    | Age 35 - 39 | $.419 | Age 65 or over | $.909 |
    | Age 40 - 44 | $.419 | | |

    No change in rates will be made until 12 months after the effective date of this Amendment. However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

2.  Effective January 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

    **Definition of Covered Earnings**
    Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.

    For Employees in an eligible class as of December 31st, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.

    For Employees in an eligible class who have completed at least one full year of employment with the Employer as of December 31, covered earnings means the gross income as reported by the Employer in the Employee's W-2 form box #1 for that calendar year.

    For Employees in an eligible class with less than one full year of employment with the Employer as of December 31, covered earnings means the annualized earnings based on the period of employment and wages earned from the Employer during that calendar year, as shown in the Employer's financial records.

For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts. Annual earnings means the annualized earnings based on the period of employment and wages earned from the Employer during that calendar year, as shown in the Employer's financial records.

Covered Earnings includes the Employee's total income before taxes less any pre-tax contributions to a Section 125 Plan, flexible spending account, 401(k), or deferred compensation plan. Income does not include any Employer contributions to a deferred compensation plan or 401(k) plan; income received from any car, housing or moving allowance; or income from a source other than the Employer.

Except for the above, this Amendment does not change the Policy in any way.

<u>FOR THE COMPANY</u>

Matthew G. Manders, President

Date:  August 28, 2014 (Revised December 2, 2014)

Amendment No. 04

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective May 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

**Definition of Covered Earnings**
Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.

For Employees in an eligible class as of December 31st, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.

For Employees in an eligible class who have completed at least one full year of employment with the Employer as of December 31, covered earnings means the gross income as reported by the Employer in the Employee's W-2 form box #1 for that calendar year.

For Employees in an eligible class with less than one full year of employment with the Employer as of December 31, covered earnings means the annualized earnings based on the period of employment and wages earned from the Employer, as shown in the Employer's financial records.

For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.  Annual earnings means the annualized earnings based on the period of employment and wages earned from the Employer, as shown in the Employer's financial records.

Covered Earnings includes the Employee's total income before taxes less any pre-tax contributions to a Section 125 Plan, flexible spending account, 401(k), or deferred compensation plan. Income does not include any Employer contributions to a deferred compensation plan or 401(k) plan; income received from any car, housing or moving allowance; or income from a source other than the Employer.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

 Matthew G. Manders, President

Date:  May 4, 2015

Amendment No. 05

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective August 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

**Definition of Covered Earnings**
Covered Earnings means an Employee's earnings as reported by the Employer for the months employed.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  August 19, 2015

Amendment No. 06

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective September 1, 2015, the *Continuation of Insurance* section of the Policy is replaced by the following:

**CONTINUATION OF INSURANCE**

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever comes first.

If an Employee's Active Service ends due to leave of absence approved by the Employer, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due.

If an Employee's Active Service ends due to unpaid leave of absence approved by the Employer, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.

If an Employee's Active Service ends due to workers compensation, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  September 8, 2015

Amendment No. 07

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

**PLEASE READ**

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.  Effective January 1, 2016, the following rates will remain in force for Class 1 for coverage under the Policy:

    The Monthly Premium for each Employee is based on the Employee's Age and amount of Weekly Benefit.  The Monthly Rates per $10 of Weekly Benefit are listed below.

| | | | |
|---|---|---|---|
| Under Age 20 | $.419 | Age 45 – 49 | $.419 |
| Age 20 - 24 | $.419 | Age 50 - 54 | $.627 |
| Age 25 - 29 | $.419 | Age 55 - 59 | $.627 |
| Age 30 - 34 | $.419 | Age 60 - 64 | $.627 |
| Age 35 - 39 | $.419 | Age 65 or over | $.909 |
| Age 40 - 44 | $.419 | | |

    No change in rates will be made until 24 months after the effective date of this Amendment. However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

2.  Effective January 1, 2016, the attached Enrollment Period is made a part of the Policy:

    **Open Enrollment Period**
    During the Open Enrollment Period of November 1, 2015 through November 30, 2015 an Employee who is eligible to be insured under this Policy may become insured under the Policy without satisfying the Insurability Requirement.  Insurance will be effective on the January 1 following the Open Enrollment Period.

    An Employee may reduce Insurance Benefits during the Open Enrollment Period.  A request for a Benefit reduction received during an Open Enrollment Period will become effective on January 1 following the Open Enrollment Period.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  November 24, 2015

Amendment No. 08

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

**PLEASE READ**

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  LK-750578

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2017, the Eligibility Waiting Period under the *Schedule of Benefits for Class 1* is replaced by the following:

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:
The first of the month coincident or following 3 consecutive months of employment.

For Employees hired after the Policy Effective Date:
The first of the month coincident or following 3 consecutive months of employment.

For you to be eligible for coverage, you are required to be an active regular, Full-time Employee regularly scheduled to work at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of the following classes:

The terms of your employment are governed by a collective bargaining agreement;
you are classified as a temporary, seasonal or part-time employee;
you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee and not eligible for any Company benefits;
you are an employee of the Company assigned to a location which was (1) acquired by the Company through either stock or asset purchase, and (2) retained its own separate benefit plan.

If you are rehired or move back to regular Full-time status within 90 days, your coverage is reinstated on the first of the month after your rehire or move back to regular full-time status.

Employees can use their PTO time toward the Eligibility Waiting Period.

The *Eligibility Waiting Period* does not apply if an Employee was an active employee of a company acquired by the Employer and satisfied the Eligibility Waiting Period under the former company's plan. If the Employee did not fully satisfy the Eligibility Waiting Period, credit will be given for any time that was satisfied.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  February 8, 2017

Amendment No. 09

TL-004780

# Group Disability
# Insurance Certificate

## ARS Acquisition Holdings, LLC

**IMPORTANT NOTICES**

If you reside in one of the following states, please read the important notices below:

**Arizona, Florida and Maryland residents:**

**The group policy is issued in the state of Tennessee and will be governed by its laws.  If you reside in a state other than Tennessee, this certificate of insurance may not provide all of the benefits and protections provided by the laws of your state.  PLEASE READ YOUR CERTIFICATE CAREFULLY.**

**Texas residents:**

IMPORTANT NOTICE:  To obtain information or make a complaint:

You may call Special Marketing Division's toll-free telephone number for information or to make a complaint at 1-800-441-1832.

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at 1-800-252-3439.

You may write the Texas Department of Insurance:
P O Box 149091
Austin, TX  78714-9104
FAX # (512) 475-1771

PREMIUM OR CLAIM DISPUTES: Should you have a dispute concerning your premium or about a claim you should contact the agent or company first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

AVISO IMPORTANTE:  Para solicitar información o presentar una queja:

Llame a la línea gratuita de la División Especial de Marketing para obtener información o presentar una queja al 1-800-441-1832.

Puede comunicarse con el Departamento de Seguros de Texas para obtener información sobre compañías, coberturas, derechos o quejas llamando al 1-800-252-3439.

También puede escribir al Texas Department of Insurance (Departamento de Seguros de Texas):
P O Box 149091
Austin, TX  78714-9104
FAX: (512) 475-1771

CONFLICTOS POR PRIMAS O RECLAMACIONES: En caso de tener un conflicto relacionado con su prima o una reclamación, debe comunicarse primero con el agente o la compañía.  Si el conflicto no se resuelve, usted puede comunicarse con el Departamento de Seguros de Texas.

**FOREWORD**

Disability insurance provides individuals and their families with financial protection.  The Disability Insurance Benefit described in this booklet will help secure your family's financial security in the event of your disability.

The need for disability insurance protection depends on individual circumstances and financial situations. Your Employer is offering you the opportunity to purchase this insurance to make your benefit program more comprehensive and responsive to your needs.

The following pages describe the main provisions of the group disability insurance plan available to you.

Any insurance benefit described in the following pages will apply to you only if you have elected that benefit and have authorized payroll deduction for the required premium.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

1601 CHESTNUT STREET                                   **GROUP INSURANCE**
PHILADELPHIA, PA 19192-2235                                 **CERTIFICATE**
(800) 732-1603          TDD (800) 336-2485
**A STOCK INSURANCE COMPANY**

We, the LIFE INSURANCE COMPANY OF NORTH AMERICA, certify that we have issued a Group
Policy, VDT-960348, to ARS Acquisition Holdings, LLC.

We certify that we insure all eligible persons, who are enrolled according to the terms of the Policy.  Your
coverage will begin and end according to the terms set forth in this certificate.

This certificate describes the benefits and basic provisions of your coverage.  You should read it with care
so you will understand your coverage.

This is not the insurance contract.  It does not waive or alter any of the terms of the Policy.  If questions
arise, the Policy will govern.  You may examine the Policy at the office of the Policyholder or the
Administrator.

This certificate replaces any and all certificates which may have been issued to you in the past under the
Policy.

*Matthew G. Manders*

Matthew G. Manders, President

TL-004704                                                              O/O v-2

## TABLE OF CONTENTS

SCHEDULE OF BENEFITS ...........................................................................................................11

WHO IS ELIGIBLE ...................................................................................................................13

WHEN COVERAGE BEGINS .....................................................................................................13

WHEN COVERAGE ENDS .........................................................................................................13

WHEN COVERAGE CONTINUES ...............................................................................................14

WHAT IS COVERED .................................................................................................................15

WHAT IS NOT COVERED .........................................................................................................21

CLAIM PROVISIONS ................................................................................................................21

ADMINISTRATIVE PROVISIONS ...............................................................................................23

GENERAL PROVISIONS ............................................................................................................23

DEFINITIONS ...........................................................................................................................24

## SCHEDULE OF BENEFITS

**Policy Effective Date:**            January 1, 2009

**Certificate Effective Date:**       January 1, 2017

**Policy Anniversary Date:**          January 1

**Policy Number:**                    VDT-960348

**Eligible Class Definition:**
All active, Full-time Employees of the Employer regularly working a minimum of 30 hours per week.

**Eligibility Waiting Period**

If you were hired on or
before the Policy Effective Date:     The first of the month coincident or following 3 consecutive
                                      months of employment.

If you were hired after
the Policy Effective Date:            The first of the month coincident or following 3 consecutive
                                      months of employment.

For you to be eligible for coverage, you are required to be an active regular, Full-time Employee regularly scheduled to work at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of the following classes:

> The terms of your employment are governed by a collective bargaining agreement;
> you are classified as a temporary, seasonal or part-time employee;
> you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee and not eligible for any Company benefits;
> you are an employee of the Company assigned to a location which was (1) acquired by the Company through either stock or asset purchase, and (2) retained its own separate benefit plan.

If you are rehired or move back to regular Full-time status within 90 days, your coverage is reinstated on the first of the month after your rehire or move back to regular Full-time status.

The *Eligibility Waiting Period* does not apply if you were an active employee of a company acquired by the Employer and satisfied the Eligibility Waiting Period under the former company's plan. If you did not fully satisfy the Eligibility Waiting Period, credit will be given for any time that was satisfied.

**Elimination Period**               90 days

**Gross Disability Benefit**
    Option 1:              The lesser of 60% of your monthly Covered Earnings rounded to
                                      the nearest $1,000 or your Maximum Disability Benefit.
    Option 2:              The lesser of 60% of your monthly Covered Earnings rounded to
                                      the nearest $1,000 or your Maximum Disability Benefit.

**Maximum Disability Benefit**
    Option 1:              $10,000 per month.
    Option 2:              $6,000 per month.

**Minimum Disability Benefit**
    The greater of $100 or 10% of your Monthly Benefit prior to any reductions for Other Income Benefits.

**Disability Benefit Calculation**

The Disability Benefit payable to you is figured using the Gross Disability Benefit, Other Income Benefits.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month you have no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits. Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that you receive on your own behalf or for your dependents, or which your dependents receive because of your entitlement to Other Income Benefits.

**Maximum Benefit Period**

*Option 1:*
The later of your SSNRA* or the Maximum Benefit Period listed below.

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | Your 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

*SSNRA means the Social Security Normal Retirement Age in effect under the Social Security Act on the Policy Effective Date.

*Option 2:*

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 60 or older | The end of 5 years from the date you become Disabled. |

TL-004774

## WHO IS ELIGIBLE

If you qualify under the Class Definition shown in the Schedule of Benefits you are eligible for coverage under the Policy on the Policy Effective Date, or the day you complete the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time you must be in Active Service to be eligible for coverage.  Your Eligibility Waiting Period will be extended by the number of days you are not in Active Service.

TL-004710

## WHEN COVERAGE BEGINS

If you are required to contribute to the cost of your insurance you may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and us.  The effective date of your insurance depends on the date coverage is elected.

If you elect coverage within 90 days after you become eligible or within 90 days after a Life Status Change, your insurance is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date you authorized payroll deduction.
3.      The date the completed enrollment form is received by the Employer or us.

If your enrollment form is received more than 90 days after you are eligible for insurance, you must satisfy the Insurability Requirement before your insurance is effective.  If approved, your insurance is effective on the date we agree in writing to insure you.

If you are not in Active Service on the date your insurance would otherwise be effective, it will be effective on the date you return to any occupation for your Employer on a Full-time basis.

TL-004712

## WHEN COVERAGE ENDS

Your coverage ends on the earliest of the following dates:
1.      the date you are eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date you are no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date the Employee is no longer in Active Service unless otherwise continued under the Continuation of Insurance provision;
6.      the date benefits end because you did not comply with the terms and conditions of the insurance coverage.

If you are entitled to receive Disability Benefits when the Policy terminates, Disability Benefits will be payable to you if you remain disabled and meet the requirements for the insurance.  Any later period of Disability, regardless of cause, that begins when you are eligible under another disability coverage provided by any employer, will not be covered.

TL-007505.00

13

## WHEN COVERAGE CONTINUES

This provision modifies the When Coverage Ends provision to allow insurance to continue under certain circumstances if you are no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the When Coverage Ends provisions.

Your Disability Insurance will continue if your Active Service ends because of a Disability for which benefits under the Policy are or may become payable.  If you do not return to Active Service, this insurance ends when your Disability ends or when benefits are no longer payable, whichever occurs first.

If your Active Service ends due to leave of absence approved timely by the Employer, insurance will continue for you for up to 12 months, if the required premium is paid when due.

If your Active Service ends due to unpaid leave of absence approved timely by the Employer, insurance will continue for you for up to 12 months, if the required premium is paid when due.

If your Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for you for up to 12 weeks, if the required premium is paid when due.

If your Active Service ends due to workers compensation, insurance will continue for you for up to 12 months, if the required premium is paid when due, unless you are involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If your Active Service ends due to military leave, insurance will continue for you for up to 12 months.

If your Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, your insurance will continue until the earlier of:
a.  the date your employment relationship with the Employer terminates;
b.  the date premiums are not paid when due;
c.  the end of the 30 day period that begins with the first day of such excused absence;
d.  the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if your Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and continuation of insurance under this provision will not apply.

If your insurance is continued pursuant to this When Coverage Continues provision, and you become Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date you are scheduled to return to Active Service

TL-004716

## TAKEOVER PROVISION

This provision applies to you only if you are eligible under this Policy and were covered for long term disability coverage on the day prior to the effective date of this Policy under the prior plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to you if you are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance.  If required premium is paid when due, we will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group.  This coverage will be provided until the earlier of the date: (a) you return to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day you were not in Active Service.  The Policy will provide this coverage as follows:

14

1.  If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
2.  If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods and partial satisfaction of pre-existing condition limitations.

B.  The Elimination Period under this Policy will be waived for a Disability which begins while you are insured under this Policy if all of the following conditions are met:

1.  The Disability results from the same or related causes as a Disability for which monthly benefits were payable under the Prior Plan;
2.  Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
3.  An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
4.  The Disability begins within 6 months of your return to Active Service and your insurance under this Policy is continuous from this Policy's Effective Date.

C.  Except for any amount of benefit in excess of a Prior Plan's benefits, the Pre-existing Condition Limitation will not apply if you were covered under a Prior Plan and satisfied the pre-existing condition limitation, if any, under that plan. If you did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied.

Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

TL-005108

## DESCRIPTION OF BENEFITS
## WHAT IS COVERED

**Disability Benefits**
We will pay Disability Benefits if you become Disabled while covered under this Policy.  You must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy. You must provide to us, at your own expense, satisfactory proof of Disability before benefits will be paid.  The Disability Benefit is shown in the Schedule of Benefits.

We will require continued proof of your Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time you must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**
The Disability Benefit Calculation is shown in the Schedule of Benefits.  Monthly Disability Benefits are based on a 30 day period.  They will be prorated if payable for any period less than a month.

**Minimum Benefit**
We will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits.  The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**

If Disability Benefits are payable to you under this Policy, you may be eligible for benefits from Other Income Benefits.  If so, we may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1.  any amounts received (or assumed to be received*) by you or your dependents under:
    - the Canada and Quebec Pension Plans;
    - the Railroad Retirement Act;
    - any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
    - any sick leave or salary continuation plan of the Employer;
    - any work loss provision in mandatory "No-Fault" auto insurance.
2.  any Social Security disability or retirement benefits you or any third party receive (or are assumed to receive*) on your own behalf or for your dependents; or which your dependents receive (or are assumed to receive*) because of your entitlement to such benefits.
3.  any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 40l(k) plan.
4.  any proceeds payable under any franchise or group insurance or similar plan provided by the Policyholder.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, we will pay for our pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5.  any amounts received (or assumed to be received*) by you or your dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits.  This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.
6.  any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.
7.  any wage or salary for work performed.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of your entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*
Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating your Disability Benefits after the first reduction is made for any Other Income Benefits.  This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*
Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given.  If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*

We will assume you (and your dependents, if applicable) are receiving benefits for which you are eligible from Other Income Benefits.  We will reduce your Disability Benefits by the amount from Other Income Benefits we estimate are payable to you and your dependents.

We will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until you actually receive them.

*Social Security Assistance*

We may help you in applying for Social Security Disability Income (SSDI) Benefits, and may require you to file an appeal if we believe a reversal of a prior decision is possible.

We will reduce Disability Benefits by the amount we estimate you will receive, if you refuse to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**

We have the right to recover any benefits we have overpaid.  We may use any or all of the following to recover an overpayment:

1.      request a lump sum payment of the overpaid amount;
2.      reduce any amounts payable under this Policy; and/or
3.      take any appropriate collection activity available to us.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when you die, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**

A separate period of Disability will be considered continuous:

1.      if it results from the same or related causes as a prior Disability for which benefits were payable; and
2.      if, after receiving Disability Benefits, you return to work in your Regular Occupation for less than 6 consecutive months; and
3.      if you earn less than the percentage of Indexed Earnings that would still qualify you to meet the definition of Disability/Disabled during at least one month.

Any later period of Disability, regardless of cause, that begins when you are eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, you must satisfy a new Elimination Period.

17

## LIMITATIONS

**Limited Benefit Periods for Mental or Nervous Disorders**
We will pay Disability Benefits on a limited basis during your lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)       Anxiety disorders
2)       Delusional (paranoid) disorders
3)       Depressive disorders
4)       Eating disorders
5)       Mental illness
6)       Somatoform disorders (psychosomatic illness)

If, before reaching your lifetime maximum benefit, you are confined in a hospital for more than 14 consecutive days, that period of confinement will not count against your lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Limited Benefit Periods for Alcoholism and Drug Addiction or Abuse**
We will pay Disability Benefits on a limited basis during your lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)       Alcoholism
2)       Drug addiction or abuse

If, before reaching your lifetime maximum benefit, you are confined in a hospital for more than 14 consecutive days, that period of confinement will not count against your lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Pre-Existing Condition Limitation**
We will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which you incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before your most recent effective date of insurance.

The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after you are covered for at least 12 months after your most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.43

# ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**

If we determine that you are a suitable candidate for rehabilitation, we may require you to participate in a Rehabilitation Plan and assessment at our expense. We have the sole discretion to approve your participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan. We will work with you, the Employer and your Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at our discretion, allow for payment of your medical expense, education expense, moving expense, accommodation expense or family care expense while you participate in the program.

If you fail to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

**Catastrophic Disability Benefit**

*Definitions*

The definitions that follow apply to this benefit provision. They are in addition to those definitions in the General Definitions section.

"Activities of Daily Living" are:
1.  Bathing (i.e., washing oneself in a shower or tub, including getting into or out of the tub or shower, or washing oneself by sponge bath.)
2.  Dressing oneself by putting on and taking off from one's own body all items of clothing and needed braces, fasteners and artificial limbs.
3.  Continence (i.e., the ability to maintain control one's own bowel and bladder function; or when unable to maintain bowel or bladder function, the ability to perform associated hygiene, including caring for a catheter or colostomy bag).
4.  Toileting oneself by getting to and from the toilet, getting on and off the toilet, and performing personal hygiene associated with toileting.
5.  Feeding oneself by getting nourishment into the one's own body either from eating food that is made available to you in receptacle such as a plate, cup or table, or by feeding oneself by a feeding tube or intravenously.
6.  Transferring (i.e., the ability to get oneself into or out of a bed, a chair or wheelchair; or the ability to move from place to place either by walking, use of a wheelchair, or some other means.

"Catastrophic Disability" means you are:
1.  Unable to perform, without Substantial Assistance, at least two Activities of Daily Living, or
2.  Have a severe Cognitive Impairment that requires Substantial Supervision to protect you or others from threats to health and safety.

"Cognitive Impairment" means the loss or deterioration in intellectual capacity that meets these requirements:
1.  The loss or deterioration in intellectual capacity is comparable to and includes Alzheimer's disease and similar forms of irreversible dementia;
2.  The loss or deterioration in intellectual capacity is measured by clinical evidence and standardized tests that reliably measure impairment in the individual's short-term and long-term memory, orientation as to person, place, or time and deductive or abstract reasoning.

19

"Substantial Assistance" means the physical assistance of another person without which you would not be able to perform an activity of daily living; or the constant presence of another person within arm's reach that is necessary to prevent, by physical intervention, injury to you while you are performing an activity of daily living.

"Substantial Supervision" means continual oversight that may include cueing by verbal prompting, gestures, or other demonstrations by another person, and which is needed to protect you from threats to health and safety.

*Benefits Payable*
Catastrophic Disability Benefits are payable when the Insurer determines that you have a Catastrophic Disability that is due to the same sickness or injury for which Disability Benefits are payable under this Policy.

The benefits are payable only while these conditions are met:
1.     You are receiving monthly Disability Benefits under the Policy.
2.     Your Catastrophic Disability lasted for at least the Elimination Period duration shown in the Schedule of Benefits.
3.     You submit, at your own expense, satisfactory proof of Catastrophic Disability to the Insurer, when required by the Insurer.

*Amount Payable*
Benefits are payable monthly at the Catastrophic Disability Rate.  The Catastrophic Disability Rate is an amount equal to 5% of your monthly Covered Earnings to a maximum monthly benefit of $500.  This benefit will not be reduced by any other source of income.

For periods of less than one month, the Insurer will pay $1/30^{th}$ of the monthly benefit for Catastrophic Disability for each day.

*Termination of Benefits*
Catastrophic Disability Benefits end on the earliest to occur of:
1.     the date your Catastrophic Disability ends.;
2.     the date you are no longer receiving monthly disability benefits under the Policy;
3.     the date you fail to submit proof of continuing Catastrophic Disability; or
4.     the date you die.
5.     the end of the Maximum Benefit Period shown in the Schedule of Benefits.

No survivor benefits are payable for the Catastrophic Disability Benefit.

TL-008895-1

## Survivor Benefit
We will pay a Survivor Benefit if you die while Disability Benefits are payable and at least 3 Monthly Benefits have been payable to you for a continuous period of Disability. The Employee must have been continuously Disabled for 3 months before the Survivor Benefit Waiting Period's first benefit is payable. The Survivor Benefit will equal 100% of the sum of the last full Disability Benefit payable to you plus the amount of any Disability Earnings by which the benefit had been reduced for that month.  A single lump sum payment equal to 3 monthly Survivor Benefits will be payable.

We will pay the Survivor Benefit to your Spouse.  If you do not have a Spouse, we will pay your surviving Children in equal shares.  If you do not have a Spouse or any Children, no benefits will be paid.

"Spouse" means your lawful spouse.  "Children" means your children under age 26.  The term includes a stepchild living with you at the time of your death.

TL-005107

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:
1.  the date you earn from any occupation, more than the percentage of Indexed Earnings set forth in the definition of Disability applicable to you at that time;
2.  the date we determine you are not Disabled;
3.  the end of the Maximum Benefit Period;
4.  the date you die;
5.  the date you refuse, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6.  the date you are no longer receiving Appropriate Care;
7.  the date you fail to cooperate with us in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if you begin to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## WHAT IS NOT COVERED

We will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:
1.  suicide, attempted suicide, or self-inflicted injury while sane or insane.
2.  war or any act of war, whether or not declared.
3.  active participation in a riot.
4.  commission of a felony.
5.  the revocation, restriction or non-renewal of your license, permit or certification necessary to perform the duties of your occupation unless due solely to Injury or Sickness otherwise covered by the Policy.

In addition, we will not pay Disability Benefits for any period of Disability during which you are incarcerated in a penal or corrections institution.

TL-007503.43

## CLAIM PROVISIONS

**Notice of Claim**
Written notice of claim, or notice by any other electronic/telephonic means authorized by us, must be given to us within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by us, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's name, the Policy Number and the claimant's name and address.

**Claim Forms**

When we receive notice of claim, we will send claim forms for filing proof of loss. If we do not send claim forms within 15 days after notice is received by us, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by us, of the nature and extent of the loss.

**Claimant Cooperation Provision**

If you fail to cooperate with us in our administration of your claim, we may terminate the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**

The Employer is required to cooperate with us in the review of claims and applications for coverage. Any information we provide to the Employer in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**

You must provide written proof of loss to us, or proof by any other electronic/telephonic means authorized by us, within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by us, must be given not more than one year after the 90 day period. If written proof of loss, or proof by any other electronic/telephonic means authorized by us, is provided outside of these time limits, the claim will be denied. These time limits will not apply due to lack of legal capacity.

Written proof that the loss continues, or proof by any other electronic/telephonic means authorized by us, must be furnished to us at intervals we require. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to us.

**Time of Payment**

Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which we are liable, will be paid at that time.

**To Whom Payable**

Disability Benefits will be paid to you. If any person to whom benefits are payable is a minor or, in our opinion is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, we may, at our option, make payment to the person or institution appearing to have assumed custody and support.

If you die while any Disability Benefits remain unpaid, we may, at our option, make direct payment to any of your following living relatives: your spouse, your mother, your father, your children, your brothers or sisters; or to the executors or administrators of your estate. We may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release us from all liability for any payment made.

**Physical Examination and Autopsy**

We may, at our expense, exercise the right to examine any person for whom a claim is pending as often as we may reasonably require. Also, we may, at our expense, require an autopsy unless prohibited by law.

**Legal Actions**
No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after
written proof of loss, or proof by any other electronic/telephonic means authorized by us, has been
furnished as required by the Policy.  No such action shall be brought more than 3 years after the time
satisfactory proof of loss is required to be furnished.

**Time Limitations**
If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action
at law or in equity, is less than that permitted by the law of the state in which you live when the Policy is
issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the
law of that state.

**Physician/Patient Relationship**
You have the right to choose any Physician who is practicing legally.  We will in no way disturb the
Physician/patient relationship.

TL-004724

## ADMINISTRATIVE PROVISIONS

**Premiums**
The premiums for this Policy will be based on the rates currently in force, the plan and the amount of
insurance in effect.  If the insured's coverage amount is reduced due to his or her attained age, premium
will be based on the amount of coverage in force on the day after the reduction took place.

**Your Grace Period**
If your required premium is not paid on the Premium Due Date, there is a 45 day grace period after each
premium due date after the first.  If the required premium is not paid during the grace period, insurance
will end on the last day for which premium was paid.

## GENERAL PROVISIONS

**Incontestability**
All statements made by the Employer or by an Insured are representations not warranties.  No statement
will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument
containing the statement has been furnished to the claimant.  In the event of death or legal incapacity, the
beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or
increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility
for insurance.

**Misstatement of Age**
If an Insured's age has been misstated, we will adjust all benefits to the amounts that would have been
purchased for the correct age.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for insurance under any Workers'
Compensation Insurance Law.

**Assignment of Benefits**

We will not be affected by the assignment of your certificate until the original assignment or a certified copy of the assignment is filed with us.  We will not be responsible for the validity or sufficiency of an assignment.  An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect.  This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts.  This prohibition does not apply where contrary to law.

**Clerical Error**

A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy.  If such an error is found, the premium will be adjusted fairly.

TL-004728

# DEFINITIONS

Please note, certain words used in this document have specific meanings.  These terms will be capitalized throughout this document.  The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Active Service**

If you are an Employee, you are in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.   You are performing your regular occupation for the Employer on a full-time basis.  You must be working at one of the Employer's usual places of business or at some location to which the Employer's business requires you to travel.
2.   The day is a scheduled holiday or vacation day and you were performing your regular occupation on the preceding scheduled work day.

You are in Active Service on a day which is not one of the Employer's scheduled work days only if you were in Active Service on the preceding scheduled work day.

**Appropriate Care**

Appropriate Care means the determination of an accurate and medically supported diagnosis of your Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of your Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Consumer Price Index (CPI-W)**

The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor.  If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

**Covered Earnings**

Covered Earnings means your earnings as reported by the Employer for the months employed.

**Disability/Disabled**

You are considered Disabled if, solely because of Injury or Sickness, you are:

1.      unable to perform the material duties of your Regular Occupation; and
2.      unable to earn 80% or more of your Indexed Earnings from working in your Regular Occupation.

After Disability Benefits have been payable for 24 months, you are considered Disabled if, solely due to Injury or Sickness, you are:

1.      unable to perform the material duties of any occupation for which you are, or may reasonably become, qualified based on education, training or experience; and
2.      unable to earn 60% or more of your Indexed Earnings.

We will require proof of earnings and continued Disability.

**Disability Earnings**

Any wage or salary for any work performed for any employer during your Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**

For eligibility purposes, you are an Employee if you work for the Employer and are in one of the "Classes of Eligible Employees."  Otherwise, you are an Employee if you are an employee of the Employer who is insured under the Policy.

**Employer**

The Policyholder and any affiliates or subsidiaries covered under the Policy.  The Employer is acting as your agent for transactions relating to this insurance.  You shall not consider any actions of the Employer as actions of the Insurance Company.

**Full-time**

Full-time means the number of hours set by the Employer as a regular work day for Employees in your eligibility class.

**Good Cause**

A medical reason preventing participation in the Rehabilitation Plan.  Satisfactory proof of Good Cause must be provided to us.

**Indexed Earnings**

For the first 12 months Monthly Benefits are payable, your Indexed Earnings are equal to your Covered Earnings.  After 12 Monthly Benefits are payable, your Indexed Earnings are your Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable.  The amount of each increase will be the lesser of:

1.      10% of your Indexed Earnings during your preceding year of Disability; or
2.      the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**

Any accidental loss or bodily harm that results directly and independently from all other causes from an Accident.

**Insurability Requirement**

An eligible person satisfies the Insurability Requirement for an amount of coverage on the day we agree in writing to accept you as insured for that amount.  To determine a person's acceptability for coverage, we will require you to provide evidence of good health and may require it be provided at your expense.

**Insurance Company**

The Insurance Company underwriting the Policy is named on your certificate cover page.  References to the Insurance Company have been changed to "we", "our", "ours", and "us" throughout the certificate.

25

**Insured**
You are an Insured if you are eligible for insurance under the Policy, insurance is elected for you, the required premium is paid and your coverage is in force under the Policy.

**Life Status Change**
A Life Status Change is an event recognized by the Employer's Flexible Benefits Plan as qualifying you to make changes in benefit selections at a time other than an Annual Enrollment Period.

If the Employer does not sponsor a Flexible Benefits Plan or if it is no longer in effect, the following events are Life Status Changes.
1.      Marriage
2.      Divorce, annulment or legal separation
3.      Birth or adoption of a child
4.      Death of your spouse
5.      Termination of your spouse's employment
6.      A change in the benefit plan available to your spouse
7.      A change in employment status for you or your spouse that affects your eligibility for benefits

**Physician**
Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality.  The term does not include you, your spouse, your immediate family (including parents, children, siblings, or spouses of any of the foregoing, whether the relationship derives from blood or marriage), or a person living in your household.

**Prior Plan**
The Prior Plan refers to the plan of insurance providing similar benefits to you, sponsored by the Employer and in effect directly prior to the Policy Effective Date.  A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**
The occupation you routinely perform at the time the Disability begins.  In evaluating the Disability, we will consider the duties of the occupation as it is normally performed in the general labor market in the national economy.  It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**
A written plan designed to enable you to return to work.  The Rehabilitation Plan will consist of one or more of the following phases:
1.      rehabilitation, under which we may provide, arrange or authorize education, vocational or physical rehabilitation or other appropriate services;

**Sickness**
The term Sickness means a physical or mental illness.

TL-007500.43

**SUPPLEMENTAL INFORMATION**
**for**

**ARS Health & Welfare Benefit Plan**

**required by the Employee Retirement**
**Income Security Act of 1974**

As a Plan participant in ARS Acquisition Holdings, LLC's Insurance Plan, you are entitled to certain rights and protection under the Employee Retirement Income Security Act of 1974 (ERISA).

You should refer to the attached Certificate for a description of when you will become eligible under the Plan, the amount and types of benefits available to you, and the circumstances under which benefits are not available to you or may end.  The Certificate, along with the following Supplemental Information, makes up the Summary Plan Description as required by ERISA.

**IMPORTANT INFORMATION ABOUT THE PLAN**

- The Plan is established and maintained by ARS Acquisition Holdings, LLC, the Plan Sponsor.

- The Employer Identification Number (EIN) is 45-0542275.

- The Plan Number is 501.

- The Insurance Plan is administered directly by the Plan Administrator with benefits provided, in accordance with the provisions of the group insurance contract, VDT-960348, issued by LIFE INSURANCE COMPANY OF NORTH AMERICA.

- The Plan Administrator is:          ARS Acquisition Holdings, LLC
                                     965 Ridge Lake Boulevard, Suite #201
                                     Memphis, TN  38120
                                     901-271-9700

  The Plan Administrator has authority to control and manage the operation and administration of the Plan.

- The Plan Sponsor may terminate, suspend, withdraw or amend the Plan, in whole or in part, at any time, subject to the applicable provisions of the Policy.  (Your rights upon termination or amendment of the Plan are set forth in your Certificate.)

- The agent for service of legal process is the Plan Administrator.

- The Plan of benefits is financed by the Employees.

- The date of the end of the Plan Year is December 31.

**WHAT YOU SHOULD DO AND EXPECT IF YOU HAVE A CLAIM**

When you are eligible to receive benefits under the Plan, you must request a claim form or obtain instructions for submitting your claim telephonically or electronically, from the Plan Administrator.  All claims you submit must be on the claim form or in the electronic or telephonic format provided by the Insurance Company.  You must complete your claim according to directions provided by the Insurance Company.  If these forms or instructions are not available, you must provide a written statement of proof of loss.  After you have completed the claim form or written statement, you must submit it to the Plan Administrator.

27

The Plan Administrator has appointed the Insurance Company as the named fiduciary for adjudicating claims for benefits under the Plan, and for deciding any appeals of denied claims.  The Insurance Company shall have the authority, in its discretion, to interpret the terms of the Plan, to decide questions of eligibility for coverage or benefits under the Plan, and to make any related findings of fact.  All decisions made by the Insurance Company shall be final and binding on Participants and Beneficiaries to the full extent permitted by law.

The Insurance Company has 45 days from the date it receives your claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable to you in accordance with the terms and provisions of the Policy.  The Insurance Company may require more time to review your claim if necessary due to circumstances beyond its control.  If this should happen, the Insurance Company must notify you in writing that its review period has been extended for up to two additional periods of 30 days ( in the case of a claim for disability benefits), or one additional period of 90 days (in the case of any other benefit).  If this extension is made because you must furnish additional information, these extension periods will begin when the additional information is received.  You have up to 45 days to furnish the requested information.

During the review period, the Insurance Company may require a medical examination of the Insured, at its own expense; or additional information regarding the claim.  If a medical examination is required, the Insurance Company will notify you of the date and time of the examination and the physician's name and location.  It is important that you keep any appointments made since rescheduling examinations will delay the claim process.  If additional information is required, the Insurance Company must notify you, in writing, stating the information needed and explaining why it is needed.

If your claim is approved, you will receive the appropriate benefit from the Insurance Company.

If your claim is denied, in whole or in part, you must receive a written notice from the Insurance Company within the review period.  The Insurance Company's written notice must include the following information:

1.      The specific reason(s) the claim was denied.
2.      Specific reference to the Policy provision(s) on which the denial was based.
3.      Any additional information required for your claim to be reconsidered, and the reason this information is necessary.
4.      In the case of any claim for a disability benefit, identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5.      A statement informing you of your right to appeal the decision, and an explanation of the appeal procedure, including a statement of your right to bring a civil action under Section 502(a) of ERISA if your appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, you have the right to appeal the decision.  You (or your duly authorized representative) must make a written request for appeal to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date you receive the denial.  If you do not make this request within that time, you will have waived your right to appeal.

Once your request has been received by the Insurance Company, a prompt and complete review of your claim must take place.  This review will give no deference to the original claim decision, and will not be made by the person who made the initial claim decision.  During the review, you (or your duly authorized representative) have the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan.  Any medical or vocational experts consulted by the Insurance Company will be identified.  You may also submit issues and comments that you feel might affect the outcome of the review.

28

The Insurance Company has 60 days from the date it receives your request to review your claim and notify you of its decision (45 days, in the case of any claim for disability benefits).  Under special circumstances, the Insurance Company may require more time to review your claim.  If this should happen, the Insurance Company must notify you, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any claim for disability benefits).  Once its review is complete, the Insurance Company must notify you, in writing, of the results of the review and indicate the Plan provisions upon which it based its decision.

## YOUR RIGHTS AS SET FORTH BY ERISA

As a participant in ARS Acquisition Holdings, LLC's Insurance Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA).  ERISA provides that all plan participants shall be entitled to:

### Receive Information About Your Plan and Benefits

Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefit Security Administration.

Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description.  The administrator may make a reasonable charge for the copies.

Receive a summary of the plan's annual financial report.  The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan.  The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator.  If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful the court

29

may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator.  If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefit Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefit Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefit Security Administration.

LM-5B35a                                                                                                    ER-03-1

## IMPORTANT CHANGES FOR STATE REQUIREMENTS

If you reside in one of the following states, please read the important changes below. The provisions of your certificate are modified for residents of the following states. The modifications listed apply only to residents of that state, and only when the underlying provision is included in the certificate.

**Louisiana residents:**
The percentage of Indexed Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**
The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**
Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

31

**UNDERWRITTEN BY:**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**a CIGNA company**

Class 1
05/2017





September 8, 2011


RE:     ARS Acquistion Holdings, LLC
        VDT-960348


Dear Policyholder:

Your certificate of insurance will be provided to you on diskette or via e-mail in an Adobe Acrobat format (PDF file).  You are permitted to make this document available to employees through an Intranet web site (or otherwise distribute electronically) accessible only to your employees for informational purposes only.  You may also print and distribute this document to insured employees.  However, the use of the document(s) is subject to the following conditions:

1.   It may not be distributed electronically, or printed and distributed, to persons **ineligible** for coverage.

2.   It may not, without our consent, be accessible through the Internet.

3.   Any page containing a link to it, or any e-mail message to which it is attached, must state that:

     **"The certificate describes coverage provided to persons who are eligible and who have been properly enrolled under the terms of the policy, and that the terms of the master policy are controlling."**

In addition, please do not modify, change, amend, or in any other way alter the language or format of the certificate of insurance.


Sincerely,


Grace H. Hilbmann
Director, Contracts




Life Insurance Company of North America

---

**NOTICE CONCERNING COVERAGE
LIMITATIONS AND EXCLUSIONS UNDER THE LIFE AND
HEALTH INSURANCE GUARANTY ASSOCIATION ACT**

---

Residents of Tennessee who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Insurance Guaranty Association. The purpose of this association is to assure that policy-holders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the guaranty association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the guaranty association is not unlimited, however. And, as noted in the box below, this protection is not a substitute for consumers' care in selecting companies that are well-managed and financially stable.

The state law that provides for this safety-net coverage is called the Tennessee Life and Health Insurance Guaranty Association Act. The following is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the act or the rights or obligations of the guaranty association.

**COVERAGE**

Generally, individuals will be protected by the life and health insurance guaranty association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by an insurer authorized to conduct business in Tennessee. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

**EXCLUSIONS FROM COVERAGE**

However, persons holding such policies are not protected by this association if:
    (1)    they are eligible for protection under the laws of another state (this may occur when the insolvent insurer was incorporated in another state whose guaranty association protects insureds who live outside that state);
    (2)    the insurer was not authorized to do business in this state;
    (3)    their policy was issued by an HMO, a fraternal benefit society, a mandatory state pooling plan, a mutual assessment company or similar plan in which the policy-holder is subject to future assessments, or by an insurance exchange.

The association also does not provide coverage for:
    (1)    any policy or portion of a policy which is not guaranteed by the insurer or for which the individual has assumed the risk, such as a variable contract sold by prospectus;
    (2)    any policy of reinsurance (unless an assumption certificate was issued);
    (3)    interest rate yields that exceed an average rate;
    (4)    dividends;
    (5)    credits given in connection with the administration of a policy by a group contractholder;
    (6)    employers' plans to the extent they are self-funded (that is, not insured by an insurance company, even if an insurance company administers them);

(7)    unallocated annuity contracts (which give rights to group contractholders, not individuals), unless qualified under Section 403(b) of the Internal Revenue Code, except that, even if qualified under Section 403(b), unallocated annuities issued to employee benefit plans protected by the federal Pension Benefit Guaranty Corporation are not covered.

## LIMITS ON AMOUNT OF COVERAGE

The act also limits that amount the association is obligated to pay out:  The association cannot pay more than what the insurance company would owe under a policy or contract.  Also, for any one insured life, the association will pay a maximum of $300,000 no matter how many policies and contracts there were with the same company, even if they provided different types of coverage.  Within this overall $300,000 limit, the association will not pay more than $100,000 in cash surrender values, $100,000 in health insurance benefits, $100,000 in present value of annuities, or $300,000 in life insurance death benefits - again, regardless of the number of policies and contracts there were with the same company, and no matter how many different types of coverages.

---

**The Tennessee Life and Health Insurance Guaranty Association may not provide coverage for this policy.  If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in Tennessee.  You should not rely on coverage by the Tennessee Life and Health Insurance Guaranty Association in selecting an insurance company or in selecting an insurance policy.**

**Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.**

**Insurance companies or their agents are required by law to give or send you this notice.  However, insurance companies and their agents are prohibited by law from using the existence of the guaranty association to induce you to purchase any kind of insurance policy.**

| **The Tennessee Life and Health** | **Tennessee Department of** |
|---|---|
| **Insurance Guaranty Association** | **Commerce and Insurance** |
| **1200 First Union Tower** | **500 James Robertson Parkway** |
| **150 4th Avenue North** | **Nashville, Tennessee 37243** |
| **Nashville, Tennessee 37219** | |

---

**NOTICE**

Residents of this state who purchase life insurance, annuities or health insurance should know that the insurance companies licensed in this state to write these types of insurance are members of the Tennessee Life and Health Guaranty Association.  The purpose of this association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations.  If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force.  The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, and is not available at all for some policies.

COVERAGE IS <u>NOT</u> PROVIDED FOR YOUR POLICY OR ANY PORTION OF IT THAT IS NOT GUARANTEED BY THE INSURER OR FOR WHICH YOU HAVE ASSUMED THE RISK, SUCH AS A VARIABLE CONTRACT SOLD BY PROSPECTUS.

Insurance companies or their agents are required by law to give or send you this notice.  However, insurance companies and their agents are prohibited by law from using the existence of the Guaranty Association to induce you to purchase any kind of insurance policy.

Tennessee Life and Health Insurance Guaranty Association
1200 First Union Tower
150 4th Avenue North
Nashville, Tennessee 37219

Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Nashville, Tennessee 37243

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
1601 CHESTNUT STREET                                 GROUP POLICY
PHILADELPHIA, PA 19192-2235
(800) 732-1603         TDD (800) 552-5744
**A STOCK INSURANCE COMPANY**

**POLICYHOLDER:**                ARS Acquisition Holdings, LLC

**POLICY NUMBER:**            VDT-960348

**POLICY EFFECTIVE DATE:**     January 1, 2009

**POLICY ANNIVERSARY DATE:**    January 1

This Policy describes the terms and conditions of coverage.  It is issued in Tennessee and shall be governed by its laws.  The Policy goes into effect on the Policy Effective Date, 12:01 a.m. at the Policyholder's address.

In return for the required premium, the Insurance Company and the Policyholder have agreed to all the terms of this Policy.

Deborah Young, Corporate Secretary         Karen S. Rohan, President

TL-004700                                           O/O v-2

**TABLE OF CONTENTS**

SCHEDULE OF BENEFITS ...................................................................................................... 1

SCHEDULE OF BENEFITS FOR CLASS 1 ......................................................................... 2

ELIGIBILITY FOR INSURANCE ......................................................................................... 5

EFFECTIVE DATE OF INSURANCE .................................................................................. 5

TERMINATION OF INSURANCE ........................................................................................ 5

CONTINUATION OF INSURANCE ..................................................................................... 6

DESCRIPTION OF BENEFITS .............................................................................................. 8

EXCLUSIONS ............................................................................................................................ 14

CLAIM PROVISIONS ............................................................................................................. 14

ADMINISTRATIVE PROVISIONS ...................................................................................... 16

GENERAL PROVISIONS ....................................................................................................... 17

DEFINITIONS ........................................................................................................................... 18

**SCHEDULE OF BENEFITS**

**Premium Due Date:**   The last day of each month

**Classes of Eligible Employees**

Class 1          All active, Full-time Employees of the Employer regularly working a minimum of 30 hours per week.

**SCHEDULE OF BENEFITS FOR CLASS 1**

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:    First of the month coincident or next following completion of 6 consecutive months of employment.

For Employees hired after the Policy Effective Date:    First of the month coincident or next following completion of 6 consecutive months of employment.

**Definition of Disability/Disabled**
The Employee is considered Disabled if, solely because of Injury or Sickness, he or she is:
1.    unable to perform the material duties of his or her Regular Occupation; and
2.    unable to earn 80% or more of his or her Indexed Earnings from working in his or her Regular Occupation.

After Disability Benefits have been payable for 24 months, the Employee is considered Disabled if, solely due to Injury or Sickness, he or she is:
1.    unable to perform the material duties of any occupation for which he or she is, or may reasonably become, qualified based on education, training or experience; and
2.    unable to earn 60% or more of his or her Indexed Earnings.

The Insurance Company will require proof of earnings and continued Disability.

**Definition of Covered Earnings**
For Employees who have completed at least one full year of Active Service as of December 31st of the previous year Covered Earnings means an Employee's wage or salary as reported by the Employer in the Employee's W-2 form box #5 for that calendar year. It does not include amounts received as bonus, commissions, overtime pay or other extra compensation; such as Employer contributions to be a deferred compensation plan or 401k plan; income received from any car, housing, or moving allowance; or income from a source other than the Employer.

For Employee's with less than one full year of Active Service, Covered Earnings means the average monthly gross wage or salary as reported by the Employer and multiplied by 12. It includes the Employee's total wage or salary before taxes less any deductions for pretax insurance contributions to a section 125 plans or flexible spending account.  It does not include amounts received as bonus, commissions, overtime pay or other extra compensation; such as Employer contributions to be a deferred compensation plan or 401k plan; income received from any car, housing, or moving allowance; or income from a source other than the Employer

Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

**Elimination Period**    90 days

**Gross Disability Benefit**    The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit.

**Maximum Disability Benefit**    $10,000 per month

2

**Minimum Disability Benefit**          The greater of $100 or 10% of an Employee's Monthly Benefit prior to any reductions for Other Income Benefits.

**Disability Benefit Calculation**

The Disability Benefit payable to the Employee is figured using the Gross Disability Benefit, Other Income Benefits and the Return to Work Incentive.  Monthly Benefits are based on a 30-day month.  The Disability Benefit will be prorated if payable for any period less than a month.

During any month the Employee has no Disability Earnings, the monthly benefit payable is the Gross Disability Benefit less Other Income Benefits.  During any month the Employee has Disability Earnings, benefits are determined under the Return to Work Incentive.  Benefits will not be less than the minimum benefit shown in the Schedule of Benefits except as provided under the section Minimum Benefit.

"Other Income Benefits" means any benefits listed in the Other Income Benefits provision that an Employee receives on his or her own behalf or for dependents, or which the Employee's dependents receive because of the Employee's entitlement to Other Income Benefits.

*Return to Work Incentive*

During any month the Employee has Disability Earnings, his or her benefits will be calculated as follows.

The Employee's monthly benefit payable will be calculated as follows during the first 24 months disability benefits are payable and the Employee has Disability Earnings:

1.       Add the Employee's Gross Disability Benefit and Disability Earnings.
2.       Compare the sum from 1. to the Employee's Indexed Earnings.
3.       If the sum from 1. exceeds 100% of the Employee's Indexed Earnings, then subtract the Indexed Earnings from the sum in 1.
4.       The Employee's Gross Disability Benefit will be reduced by the difference from 3., as well as by Other Income Benefits.
5.       If the sum from 1. does not exceed 100% of the Employee's Indexed Earnings, the Employee's Gross Disability Benefit will be reduced by Other Income Benefits.

After disability benefits are payable for 24 months, the monthly benefit payable is the Gross Disability Benefit reduced by Other Income Benefits and 50% of Disability Earnings.

No Disability Benefits will be paid, and insurance will end if the Insurance Company determines the Employee is able to work under a modified work arrangement and he or she refuses to do so without Good Cause.

**Additional Benefits**

*Catastrophic Disability Benefit*
          Amount of Benefit:          5% of an Employee's monthly Covered Earnings to a maximum monthly benefit of $500.

*Survivor Benefit*
          Benefit Waiting Period:          After 3 Monthly Benefits are payable.
          Amount of Benefit:          100% of the sum of the last full Disability Benefit plus the amount of any Disability Earnings by which the benefit had been reduced for that month.

          Maximum Benefit Period          A single lump sum payment equal to 3 monthly Survivor Benefits.

3

**Maximum Benefit Period**

The later of the Employee's SSNRA* or the Maximum Benefit Period listed below.

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

*SSNRA means the Social Security Normal Retirement Age in effect under the Social Security Act on the Policy Effective Date.

**Initial Premium Rates**

$.77 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

TL-004774

4

## ELIGIBILITY FOR INSURANCE

An Employee in one of the Classes of Eligible Employees shown in the Schedule of Benefits is eligible to be insured on the Policy Effective Date, or the day after he or she completes the Eligibility Waiting Period, if later.  The Eligibility Waiting Period is the period of time the Employee must be in Active Service to be eligible for coverage.  It will be extended by the number of days the Employee is not in Active Service.

Except as noted in the Reinstatement Provision, if an Employee terminates coverage and later wishes to reapply, or if a former Employee is rehired, a new Eligibility Waiting Period must be satisfied.  An Employee is not required to satisfy a new Eligibility Waiting Period if insurance ends because he or she is no longer in a Class of Eligible Employees, but continues to be employed and within one year becomes a member of an eligible class.

TL-004710

## EFFECTIVE DATE OF INSURANCE

An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company.  The effective date of this insurance depends on the date coverage is elected.

Insurance for an Employee who applies for coverage within 31 days after he or she becomes eligible or within 31 days after a Life Status Change, is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date payroll deduction is authorized.
3.      The date the Employer or Insurance Company receives the completed enrollment form.
If an Employee's enrollment form is received more than 31 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective.  If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.

If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

## TERMINATION OF INSURANCE

An Employee's coverage will end on the earliest of the following dates:
1.      the date the Employee is eligible for coverage under a plan intended to replace this coverage;
2.      the date the Policy is terminated;
3.      the date the Employee is no longer in an eligible class;
4.      the day after the end of the period for which premiums are paid;
5.      the date the Employee is no longer in Active Service;
6.      the date benefits end for failure to comply with the terms and conditions of the Policy.

Disability Benefits will be payable to an Employee who is entitled to receive Disability Benefits when the Policy terminates, if he or she remains disabled and meets the requirements of the Policy.  Any period of Disability, regardless of cause, that begins when the Employee is eligible under another group disability coverage provided by any employer, will not be covered.

TL-007505.00

## CONTINUATION OF INSURANCE

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service. Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  Premiums for the Employee will be waived while Disability Benefits are payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever occurs first.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.  If an Employee's Active Service ends due to a workman's compensation case, then insurance will continue for an Employee up to 12 months, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.  If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other leave of absence approved in writing by the Employer prior to the date the Employee ceases work, insurance will continue for an Employee for up to see comments if the required premium is paid.  An approved leave of absence does not include layoff or termination of employment.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.   the date the Employee's employment relationship with the Employer terminates;
b.   the date premiums are not paid when due;
c.   the end of the 30 day period that begins with the first day of such excused absence;
d.   the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

6

## TAKEOVER PROVISION

This provision applies only to Employees eligible under this Policy who were covered for long term disability coverage on the day prior to the effective date of this Policy under the prior plan provided by the Policyholder or by an entity that has been acquired by the Policyholder.

A.  This section A applies to Employees who are not in Active Service on the day prior to the effective date of this Policy due to a reason for which the Prior Plan and this Policy both provide for continuation of insurance.  If required premium is paid when due, the Insurance Company will insure an Employee to which this section applies against a disability that occurs after the effective date of this Policy for the affected employee group.  This coverage will be provided until the earlier of the date: (a) the employee returns to Active Service, (b) continuation of insurance under the Prior Plan would end but for termination of that plan; or (c) the date continuation of insurance under this Policy would end if computed from the first day the employee was not in Active Service.  The Policy will provide this coverage as follows:

   1.  If benefits for a disability are covered under the Prior Plan, no benefits are payable under this Plan.
   2.  If the disability is not a covered disability under the Prior Plan solely because the plan terminated, benefits payable under this Policy for that disability will be the lesser of: (a) the disability benefits that would have been payable under the Prior Plan; and (b) those provided by this Policy.  Credit will be given for partial completion under the Prior Plan of Elimination Periods and partial satisfaction of pre-existing condition limitations.

B.  The Elimination Period under this Policy will be waived for a Disability which begins while the Employee is insured under this Policy if all of the following conditions are met:

   1.  The Disability results from the same or related causes as a Disability for which monthly benefits were payable under the Prior Plan;
   2.  Benefits are not payable for the Disability under the Prior Plan solely because it is not in effect;
   3.  An Elimination Period would not apply to the Disability if the Prior Plan had not ended;
   4.  The Disability begins within 6 months of the Employee's return to Active Service and the Employee's insurance under this Policy is continuous from this Policy's Effective Date.

C.  Except for any amount of benefit in excess of a Prior Plan's benefits, the Pre-existing Condition Limitation will not apply to an Employee covered under a Prior Plan who satisfied the pre-existing condition limitation, if any, under that plan. If an Employee, covered under a Prior Plan, did not fully satisfy the pre-existing condition limitation of that plan, credit will be given for any time that was satisfied.

   Benefits will be determined based on the lesser of: (1) the amount of the gross disability benefit under the Prior Plan and any applicable maximums; and (2) those provided by this Policy.

TL-005108

7

## DESCRIPTION OF BENEFITS

The following provisions explain the benefits available under the Policy.  Please see the Schedule of Benefits for the applicability of these benefits to each class of Insureds.

**Disability Benefits**
The Insurance Company will pay Disability Benefits if an Employee becomes Disabled while covered under this Policy.  The Employee must satisfy the Elimination Period, be under the Appropriate Care of a Physician, and meet all the other terms and conditions of the Policy.  He or she must provide the Insurance Company, at his or her own expense, satisfactory proof of Disability before benefits will be paid.  The Disability Benefit is shown in the Schedule of Benefits.

The Insurance Company will require continued proof of the Employee's Disability for benefits to continue.

**Elimination Period**
The Elimination Period is the period of time an Employee must be continuously Disabled before Disability Benefits are payable. The Elimination Period is shown in the Schedule of Benefits.

A period of Disability is not continuous if separate periods of Disability result from unrelated causes.

**Disability Benefit Calculation**
The Disability Benefit Calculation is shown in the Schedule of Benefits.  Monthly Disability Benefits are based on a 30 day period.  They will be prorated if payable for any period less than a month.  If an Employee is working while Disabled, the Disability Benefit Calculation will be the Return to Work Incentive.

**Return to Work Incentive**
The Return to Work Incentive is shown in the Schedule of Benefits.  An Employee may work for wage or profit while Disabled.  In any month in which the Employee works and a Disability Benefit is payable, the Return to Work Incentive applies.

The Insurance Company will, from time to time, review the Employee's status and will require satisfactory proof of earnings and continued Disability.

**Minimum Benefit**
The Insurance Company will pay the Minimum Benefit shown in the Schedule of Benefits despite any reductions made for Other Income Benefits.  The Minimum Benefit will not apply if benefits are being withheld to recover an overpayment of benefits.

**Other Income Benefits**
An Employee for whom Disability Benefits are payable under this Policy may be eligible for benefits from Other Income Benefits.  If so, the Insurance Company may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1.      any amounts received (or assumed to be received*) by the Employee or his or her dependents under:
- the Canada and Quebec Pension Plans;
- the Railroad Retirement Act;
- any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
- any sick leave or salary continuation plan of the Employer;
- any work loss provision in mandatory "No-Fault" auto insurance.

8

2.  any Social Security disability or retirement benefits the Employee or any third party receives (or is assumed to receive*) on his or her own behalf or for his or her dependents; or which his or her dependents receive (or are assumed to receive*) because of his or her entitlement to such benefits.

3.  any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 40l(k) plan.

4.  any proceeds payable under any franchise or group insurance or similar plan provided by the Policyholder.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay for its pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.

5.  any amounts received (or assumed to be received*) by the Employee or his or her dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits.  This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.

6.  any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of an Employee's entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*
Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating the Employee's Disability Benefits after the first reduction is made for any Other Income Benefits.  This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*
Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given.  If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*
The Insurance Company will assume the Employee (and his or her dependents, if applicable) are receiving benefits for which they are eligible from Other Income Benefits.  The Insurance Company will reduce the Employee's Disability Benefits by the amount from Other Income Benefits it estimates are payable to the Employee and his or her dependents.

9

The Insurance Company will waive Assumed Receipt of Benefits, except for Disability Earnings for work the Employee performs while Disability Benefits are payable, if the Employee:

1.      provides satisfactory proof of application for Other Income Benefits;
2.      signs a Reimbursement Agreement;
3.      provides satisfactory proof that all appeals for Other Income Benefits have been made unless the Insurance Company determines that further appeals are not likely to succeed; and
4.      submits satisfactory proof that Other Income Benefits were denied.

The Insurance Company will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until the Employee actually receives them.

*Social Security Assistance*
The Insurance Company may help the Employee in applying for Social Security Disability Income (SSDI) Benefits, and may require the Employee to file an appeal if it believes a reversal of a prior decision is possible.

The Insurance Company will reduce Disability Benefits by the amount it estimates the Employee will receive, if the Employee refuses to cooperate with or participate in the Social Security Assistance Program.

**Recovery of Overpayment**
The Insurance Company has the right to recover any benefits it has overpaid.  The Insurance Company may use any or all of the following to recover an overpayment:
1.      request a lump sum payment of the overpaid amount;
2.      reduce any amounts payable under this Policy; and/or
3.      take any appropriate collection activity available to it.

The Minimum Benefit amount will not apply when Disability Benefits are reduced in order to recover any overpayment.

If an overpayment is due when the Employee dies, any benefits payable under the Policy will be reduced to recover the overpayment.

**Successive Periods of Disability**
A separate period of Disability will be considered continuous:
1.      if it results from the same or related causes as a prior Disability for which benefits were payable; and
2.      if, after receiving Disability Benefits, the Employee returns to work in his or her Regular Occupation for less than 6 consecutive months; and
3.      if the Employee earns less than the percentage of Indexed Earnings that would still qualify him or her to meet the definition of Disability/Disabled during at least one month.

Any later period of Disability, regardless of cause, that begins when the Employee is eligible for coverage under another group disability plan provided by any employer will not be considered a continuous period of Disability.

For any separate period of disability which is not considered continuous, the Employee must satisfy a new Elimination Period.

## LIMITATIONS

**Limited Benefit Periods for Mental or Nervous Disorders**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)      Anxiety disorders
2)      Delusional (paranoid) disorders
3)      Depressive disorders
4)      Eating disorders
5)      Mental illness
6)      Somatoform disorders (psychosomatic illness)

If, before reaching his or her lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against his or her lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Limited Benefit Periods for Alcoholism and Drug Addiction or Abuse**
The Insurance Company will pay Disability Benefits on a limited basis during an Employee's lifetime for a Disability caused by, or contributed to by, any one or more of the following conditions. Once 24 monthly Disability Benefits have been paid, no further benefits will be payable for any of the following conditions.

1)      Alcoholism
2)      Drug addiction or abuse

If, before reaching his or her lifetime maximum benefit, an Employee is confined in a hospital for more than 14 consecutive days, that period of confinement will not count against his or her lifetime limit. The confinement must be for the Appropriate Care of any of the conditions listed above.

**Pre-Existing Condition Limitation**
The Insurance Company will not pay benefits for any period of Disability caused or contributed to by, or resulting from, a Pre-existing Condition. A "Pre-existing Condition" means any Injury or Sickness for which the Employee incurred expenses, received medical treatment, care or services including diagnostic measures, took prescribed drugs or medicines, or for which a reasonable person would have consulted a Physician within 3 months before his or her most recent effective date of insurance.

The Pre-existing Condition Limitation will apply to any added benefits or increases in benefits. This limitation will not apply to a period of Disability that begins after an Employee is covered for at least 12 months after his or her most recent effective date of insurance, or the effective date of any added or increased benefits.

TL-007500.43

## ADDITIONAL BENEFITS

**Rehabilitation During a Period of Disability**

If the Insurance Company determines that a Disabled Employee is a suitable candidate for rehabilitation, the Insurance Company may require the Employee to participate in a Rehabilitation Plan and assessment at our expense.  The Insurance Company has the sole discretion to approve the Employee's participation in a Rehabilitation Plan and to approve a program as a Rehabilitation Plan.  The Insurance Company will work with the Employee, the Employer and the Employee's Physician and others, as appropriate, to perform the assessment, develop a Rehabilitation Plan, and discuss return to work opportunities.

The Rehabilitation Plan may, at the Insurance Company's discretion, allow for payment of the Employee's medical expense, education expense, moving expense, accommodation expense or family care expense while he or she participates in the program.

If an Employee fails to fully cooperate in all required phases of the Rehabilitation Plan and assessment without Good Cause, no Disability Benefits will be paid, and insurance will end.

TL-007501.00

**Catastrophic Disability Benefit**

*Definitions*

The definitions that follow apply to this benefit provision.  They are in addition to those definitions in the General Definitions section.

"Activities of Daily Living" are:
1. Bathing (i.e., washing oneself in a shower or tub, including getting into or out of the tub or shower, or washing oneself by sponge bath.)
2. Dressing oneself by putting on and taking off from one's own body all items of clothing and needed braces, fasteners and artificial limbs.
3. Continence (i.e., the ability to maintain control one's own bowel and bladder function; or when unable to maintain bowel or bladder function, the ability to perform associated hygiene, including caring for a catheter or colostomy bag).
4. Toileting oneself by getting to and from the toilet, getting on and off the toilet, and performing personal hygiene associated with toileting.
5. Feeding oneself by getting nourishment into the one's own body either from eating food that is made available to you in receptacle such as a plate, cup or table, or by feeding oneself by a feeding tube or intravenously.
6. Transferring (i.e., the ability to get oneself into or out of a bed, a chair or wheelchair; or the ability to move from place to place either by walking, use of a wheelchair, or some other means.

"Catastrophic Disability" means the Employee is:
1. Unable to perform, without Substantial Assistance, at least two Activities of Daily Living, or
2. Has a severe Cognitive Impairment that requires Substantial Supervision to protect the Employee or others from threats to health and safety.

"Cognitive Impairment" means the loss or deterioration in intellectual capacity that meets these requirements:
1. The loss or deterioration in intellectual capacity is comparable to and includes Alzheimer's disease and similar forms of irreversible dementia;
2. The loss or deterioration in intellectual capacity is measured by clinical evidence and standardized tests that reliably measure impairment in the individual's short-term and long-term memory, orientation as to person, place, or time and deductive or abstract reasoning.

"Substantial Assistance" means the physical assistance of another person without which the Employee would not be able to perform an activity of daily living; or the constant presence of another person within arm's reach that is necessary to prevent, by physical intervention, injury to the Employee while the Employee is performing an activity of daily living.

"Substantial Supervision" means continual oversight that may include cueing by verbal prompting, gestures, or other demonstrations by another person, and which is needed to protect the Employee from threats to health and safety.

*Benefits Payable*

Catastrophic Disability Benefits are payable when the Insurer determines that the Employee has a Catastrophic Disability that is due to the same sickness or injury for which Disability Benefits are payable under this Policy.

The benefits are payable only while these conditions are met:
1.    The Employee is receiving monthly Disability Benefits under the Policy.
2.    The Employee's Catastrophic Disability lasted for at least the Elimination Period duration shown in the Schedule of Benefits.
3.    The Employee submits, at his/her own expense, satisfactory proof of Catastrophic Disability to the Insurer, when required by the Insurer.

*Amount Payable*

Benefits are payable monthly at the Catastrophic Disability Rate shown is the Schedule of Benefits.  This benefit will not be reduced by any other source of income.

For periods of less than one month, the Insurer will pay $1/30^{th}$ of the monthly benefit for Catastrophic Disability for each day.

*Termination of Benefits*

Catastrophic Disability Benefits end on the earliest to occur of:
1.    the date the Employee's Catastrophic Disability ends.;
2.    the date the Employee is no longer receiving monthly disability benefits under the Policy;
3.    the date the Employee fails to submit proof of continuing Catastrophic Disability; or
4.    the date the Employee dies.
5.    the end of the Maximum Benefit Period shown in the Schedule of Benefits.

No survivor benefits are payable for the Catastrophic Disability Benefit.

TL-008895-1

**Survivor Benefit**

The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable.  The Employee must have been continuously Disabled for the Survivor Benefit Waiting Period before the first benefit is payable.  These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse.  If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children.  If there are no Spouse and no Children, no benefits will be paid.

"Spouse" means an Employee's lawful spouse.  "Children" means an Employee's unmarried children under age 21 who are chiefly dependent upon the Employee for support and maintenance.  The term includes a stepchild living with the Employee at the time of his or her death.

TL-005107

## TERMINATION OF DISABILITY BENEFITS

Benefits will end on the earliest of the following dates:

1.      the date the Employee earns from any occupation, more than the percentage of Indexed Earnings set forth in the definition of Disability applicable to him or her at that time;
2.      the date the Insurance Company determines he or she is not Disabled;
3.      the end of the Maximum Benefit Period;
4.      the date the Employee dies;
5.      the date the Employee refuses, without Good Cause, to fully cooperate in all required phases of the Rehabilitation Plan and assessment;
6.      the date the Employee is no longer receiving Appropriate Care;
7.      the date the Employee fails to cooperate with the Insurance Company in the administration of the claim.  Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

Benefits may be resumed if the Employee begins to cooperate fully in the Rehabilitation Plan within 30 days of the date benefits terminated.

TL-007502.00

## EXCLUSIONS

The Insurance Company will not pay any Disability Benefits for a Disability that results, directly or indirectly, from:

1.      suicide, attempted suicide, or intentionally self-inflicted injury while sane or insane.
2.      war or any act of war, whether or not declared.
3.      active participation in a riot.
4.      commission of a felony.
5.      the revocation, restriction or non-renewal of an Employee's license, permit or certification necessary to perform the duties of his or her occupation unless due solely to Injury or Sickness otherwise covered by the Policy.

In addition, the Insurance Company will not pay Disability Benefits for any period of Disability during which the Employee is incarcerated in a penal or corrections institution.

TL-007503.43

## CLAIM PROVISIONS

**Notice of Claim**

Written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 31 days after a covered loss occurs or begins or as soon as reasonably possible.  If written notice, or notice by any other electronic/telephonic means authorized by the Insurance Company, is not given in that time, the claim will not be invalidated or reduced if it is shown that notice was given as soon as was reasonably possible.  Notice can be given at our home office in Philadelphia, Pennsylvania or to our agent.  Notice should include the Employer's Name, the Policy Number and the claimant's name and address.

**Claim Forms**
When the Insurance Company receives notice of claim; the Insurance Company will send claim forms for filing proof of loss. If claim forms are not sent within 15 days after notice is received by the Insurance Company, the proof requirements will be met by submitting, within the time required under the "Proof of Loss" section, written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, of the nature and extent of the loss.

**Claimant Cooperation Provision**
Failure of a claimant to cooperate with the Insurance Company in the administration of the claim may result in termination of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

**Insurance Data**
The Employer is required to cooperate with the Insurance Company in the review of claims and applications for coverage. Any information the Insurance Company provides in these areas is confidential and may not be used or released by the Employer if not permitted by applicable privacy laws.

**Proof of Loss**
Written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given to the Insurance Company within 90 days after the date of the loss for which a claim is made. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is not given in that 90 day period, the claim will not be invalidated nor reduced if it is shown that it was given as soon as was reasonably possible. In any case, written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, must be given not more than one year after that 90 day period. If written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, is provided outside of these time limits, the claim will be denied. These time limits will not apply while the person making the claim lacks legal capacity.

Written proof, or proof by any other electronic/telephonic means authorized by the Insurance Company, that the loss continues must be furnished to the Insurance Company at intervals required by us. Within 30 days of a request, written proof of continued Disability and Appropriate Care by a Physician must be given to the Insurance Company.

**Time of Payment**
Disability Benefits will be paid at regular intervals of not less frequently than once a month. Any balance, unpaid at the end of any period for which the Insurance Company is liable, will be paid at that time.

**To Whom Payable**
Disability Benefits will be paid to the Employee. If any person to whom benefits are payable is a minor or, in the opinion of the Insurance Company, is not able to give a valid receipt, such payment will be made to his or her legal guardian. However, if no request for payment has been made by the legal guardian, the Insurance Company may, at its option, make payment to the person or institution appearing to have assumed custody and support.

If an Employee dies while any Disability Benefits remain unpaid, the Insurance Company may, at its option, make direct payment to any of the following living relatives of the Employee: spouse, mother, father, children, brothers or sisters; or to the executors or administrators of the Employee's estate. The Insurance Company may reduce the amount payable by any indebtedness due.

Payment in the manner described above will release the Insurance Company from all liability for any payment made.

**Physical Examination and Autopsy**

The Insurance Company, at its expense, will have the right to examine any person for whom a claim is pending as often as it may reasonably require.  The Insurance Company may, at its expense, require an autopsy unless prohibited by law.

**Legal Actions**

No action at law or in equity may be brought to recover benefits under the Policy less than 60 days after written proof of loss, or proof by any other electronic/telephonic means authorized by the Insurance Company, has been furnished as required by the Policy.  No such action shall be brought more than 3 years after the time satisfactory proof of loss is required to be furnished.

**Time Limitations**

If any time limit stated in the Policy for giving notice of claim or proof of loss, or for bringing any action at law or in equity, is less than that permitted by the law of the state in which the Employee lives when the Policy is issued, then the time limit provided in the Policy is extended to agree with the minimum permitted by the law of that state.

**Physician/Patient Relationship**

The Insured will have the right to choose any Physician who is practicing legally.  The Insurance Company will in no way disturb the Physician/patient relationship.

TL-004724

**ADMINISTRATIVE PROVISIONS**

**Premiums**

The premiums for this Policy will be based on the rates currently in force, the plan and the amount of insurance in effect.

**Changes in Premium Rates**

The premium rates may be changed by the Insurance Company from time to time with at least 31 days advance written notice.  No change in rates will be made until 36 months after the Policy Effective Date. An increase in rates will not be made more often than once in a 12 month period.  However, the Insurance Company reserves the right to change the rates even during a period for which the rate is guaranteed if any of the following events take place.

1. The terms of the Policy change.
2. A division, subsidiary, affiliated company or eligible class is added or deleted from the Policy.
3. There is a change in the factors bearing on the risk assumed.
4. Any federal or state law or regulation is amended to the extent it affects the Insurance Company's benefit obligation.
5. The Insurance Company determines that the Employer has failed to promptly furnish any necessary information requested by the Insurance Company, or has failed to perform any other obligations in relation to the Policy.

If an increase or decrease in rates takes place on a date that is not a Premium Due Date, a pro rata adjustment will apply from the date of the change to the next Premium Due Date.

**Reporting Requirements**

The Employer must, upon request, give the Insurance Company any information required to determine who is insured, the amount of insurance in force and any other information needed to administer the plan of insurance.

**Payment of Premium**

The first premium is due on the Policy Effective Date.  After that, premiums will be due monthly unless the Employer and the Insurance Company agree on some other method of premium payment.

If any premium is not paid when due, the plan will be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Notice of Cancellation**

The Employer or the Insurance Company may cancel the Policy as of any Premium Due Date by giving 31 days advance written notice.  If a premium is not paid when due, the Policy will automatically be canceled as of the Premium Due Date, except as provided in the Policy Grace Period section.

**Policy Grace Period**

A Policy Grace Period of 31 days will be granted for the payment of the required premiums under this Policy.  This Policy will be in force during the Policy Grace Period.  The Employer is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

**Grace Period for the Insured**

If the required premium is not paid on the Premium Due Date, there is a 31 day grace period after each premium due date after the first.  If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.

**Reinstatement of Insurance**

An Employee's insurance may be reinstated if it ends because the Employee is on an unpaid leave of absence.

An Employee's insurance may be reinstated only if reinstatement occurs within 12 weeks from the date insurance ends due to an Employer approved unpaid leave of absence or must be returning from military service pursuant to the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA).  For insurance to be reinstated the following conditions must be met.
1.      An Employee must be in a Class of Eligible Employees.
2.      The required premium must be paid.
3.      A written request for reinstatement must be received by the Insurance Company within 31 days from the date an Employee returns to Active Service.

Reinstated insurance will be effective on the date the Employee returns to Active Service.  If an Employee did not fully satisfy the Eligibility Waiting Period or the Pre-Existing Condition Limitation (if any) before insurance ended due to an unpaid leave of absence, credit will be given for any time that was satisfied.

TL-004720

## GENERAL PROVISIONS

**Entire Contract**

The entire contract will be made up of the Policy, the application of the Employer, a copy of which is attached to the Policy, and the applications, if any, of the Insureds.

**Incontestability**

All statements made by the Employer or by an Insured are representations not warranties.  No statement will be used to deny or reduce benefits or as a defense to a claim, unless a copy of the instrument containing the statement has been furnished to the claimant.  In the event of death or legal incapacity, the beneficiary or representative must receive the copy.

After two years from an Insured's effective date of insurance, or from the effective date of any added or increased benefits, no such statement will cause insurance to be contested except for fraud or eligibility for coverage.

**Misstatement of Age**
If an Insured's age has been misstated, the Insurance Company will adjust all benefits to the amounts that would have been purchased for the correct age.

**Policy Changes**
No change in the Policy will be valid until approved by an executive officer of the Insurance Company. This approval must be endorsed on, or attached to, the Policy.  No agent may change the Policy or waive any of its provisions.

**Workers' Compensation Insurance**
The Policy is not in lieu of and does not affect any requirements for insurance under any Workers' Compensation Insurance Law.

**Certificates**
A certificate of insurance will be delivered to the Employer for delivery to Insureds.  Each certificate will list the benefits, conditions and limits of the Policy.  It will state to whom benefits will be paid.

**Assignment of Benefits**
The Insurance Company will not be affected by the assignment of an Insured's certificate until the original assignment or a certified copy of the assignment is filed with the Insurance Company.  The Insurance Company will not be responsible for the validity or sufficiency of an assignment.  An assignment of benefits will operate so long as the assignment remains in force provided insurance under the Policy is in effect.  This insurance may not be levied on, attached, garnisheed, or otherwise taken for a person's debts.  This prohibition does not apply where contrary to law.

**Clerical Error**
A person's insurance will not be affected by error or delay in keeping records of insurance under the Policy.  If such an error is found, the premium will be adjusted fairly.

**Agency**
The Employer and Plan Administrator are agents of the Employee for transactions relating to insurance under the Policy.  The Insurance Company is not liable for any of their acts or omissions.

TL-004726

## DEFINITIONS

Please note, certain words used in this document have specific meanings.  These terms will be capitalized throughout this document.  The definition of any word, if not defined in the text where it is used, may be found either in this Definitions section or in the Schedule of Benefits.

**Active Service**
An Employee is in Active Service on a day which is one of the Employer's scheduled work days if either of the following conditions are met.

1.     The Employee is performing his or her regular occupation for the Employer on a full-time basis. He or she must be working at one of the Employer's usual places of business or at some location to which the employer's business requires an Employee to travel.
2.     The day is a scheduled holiday or vacation day and the Employee was performing his or her regular occupation on the preceding scheduled work day.

An Employee is in Active Service on a day which is not one of the Employer's scheduled work days only if he or she was in Active Service on the preceding scheduled work day.

**Appropriate Care**
Appropriate Care means the determination of an accurate and medically supported diagnosis of the Employee's Disability by a Physician, or a plan established by a Physician of ongoing medical treatment and care of the Disability that conforms to generally accepted medical standards, including frequency of treatment and care.

**Consumer Price Index (CPI-W)**
The Consumer Price Index for Urban Wage Earners and Clerical Workers published by the U.S. Department of Labor.  If the index is discontinued or changed, another nationally published index that is comparable to the CPI-W will be used.

**Disability Earnings**
Any wage or salary for any work performed for any employer during the Employee's Disability, including commissions, bonus, overtime pay or other extra compensation.

**Employee**
For eligibility purposes, an Employee is an employee of the Employer in one of the "Classes of Eligible Employees."  Otherwise, Employee means an employee of the Employer who is insured under the Policy.

**Employer**
The Policyholder and any affiliates or subsidiaries covered under the Policy.  The Employer is acting as an agent of the Insured for transactions relating to this insurance.  The actions of the Employer shall not be considered the actions of the Insurance Company.

**Full-time**
Full-time means the number of hours set by the Employer as a regular work day for Employees in the Employee's eligibility class.

**Good Cause**
A medical reason preventing participation in the Rehabilitation Plan.  Satisfactory proof of Good Cause must be provided to the Insurance Company.

**Indexed Earnings**
For the first 12 months Monthly Benefits are payable, Indexed Earnings will be equal to Covered Earnings.  After 12 Monthly Benefits are payable, Indexed Earnings will be an Employee's Covered Earnings plus an increase applied on each anniversary of the date Monthly Benefits became payable.  The amount of each increase will be the lesser of:
1.	10% of the Employee's Indexed Earnings during the preceding year of Disability; or
2.	the rate of increase in the Consumer Price Index (CPI-W) during the preceding calendar year.

**Injury**
Any accidental loss or bodily harm which results directly and independently of all other causes from an Accident.

**Insurability Requirement**
An eligible person will satisfy the Insurability Requirement for an amount of coverage on the day the Insurance Company agrees in writing to accept him or her as insured for that amount.  To determine a person's acceptability for coverage, the Insurance Company will require evidence of good health and may require it be provided at the Employee's expense.

**Insurance Company**
The Insurance Company underwriting the Policy is named on the Policy cover page.

**Insured**
A person who is eligible for insurance under the Policy, for whom insurance is elected, the required premium is paid and coverage is in force under the Policy.

**Life Status Change**
A Life Status Change is an event recognized by the Employer's Flexible Benefits Plan as qualifying an Employee to make changes in benefit selections at a time other than an Annual Enrollment Period.

If there is no Employer sponsored Flexible Benefits Plan, or if it is no longer in effect, the following events are Life Status Changes.
1.      Marriage
2.      Divorce, annulment or legal separation
3.      Birth or adoption of a child
4.      Death of a spouse
5.      Termination of a spouse's employment
6.      A change in the benefit plan available to the Employee's spouse
7.      A change in the Employee's or spouse's employment status that affects either's eligibility for benefits

**Physician**
Physician means a licensed doctor practicing within the scope of his or her license and rendering care and treatment to an Insured that is appropriate for the condition and locality. The term does not include an Employee, an Employee's spouse, the immediate family (including parents, children, siblings or spouses of any of the foregoing, whether the relationship derives from blood or marriage), of an Employee or spouse, or a person living in an Employee's household.

**Prior Plan**
The Prior Plan refers to the plan of insurance providing similar benefits sponsored by the Employer in effect directly prior to the Policy Effective Date. A Prior Plan will include the plan of a company in effect on the day prior to that company's addition to this Policy after the Policy Effective Date.

**Regular Occupation**
The occupation the Employee routinely performs at the time the Disability begins. In evaluating the Disability, the Insurance Company will consider the duties of the occupation as it is normally performed in the general labor market in the national economy. It is not work tasks that are performed for a specific employer or at a specific location.

**Rehabilitation Plan**
A written plan designed to enable the Employee to return to work. The Rehabilitation Plan will consist of one or more of the following phases:
1.      rehabilitation, under which the Insurance Company may provide, arrange or authorize educational, vocational or physical rehabilitation or other appropriate services;
2.      work, which may include modified work and work on a part-time basis.

**Sickness**
Any physical or mental illness.

TL-007500.43

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Insurance Company)**

**AMENDATORY RIDER**

**CLAIM PROCEDURES APPLICABLE TO PLANS SUBJECT TO THE**
**EMPLOYEE RETIREMENT INCOME SECURITY ACT ("ERISA")**

The provisions below amend the Policy to which they are attached.  They apply to all claims for benefits under the Policy.  They supplement other provisions of the Policy relating to claims for benefits.

This Policy has been issued in conjunction with an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1974 ("ERISA").  This Policy is a Plan document within the meaning of ERISA.  As respects the Insurance Company, it is the sole contract under which benefits are payable by the Insurance Company.  Except for this, it shall not be deemed to affect or supersede other Plan documents.

The Plan Administrator has appointed the Insurance Company as the named fiduciary for deciding claims for benefits under the Plan, and for deciding any appeals of denied claims.

**Review of Claims for Benefits**

The Insurance Company has 45 days from the date it receives a claim for disability benefits, or 90 days from the date it receives a claim for any other benefit, to determine whether or not benefits are payable in accordance with the terms of the Policy.  The Insurance Company may require more time to review the claim if necessary due to matters beyond its control.  If this should happen, the Insurance Company must provide notice in writing that its review period has been extended for:
      (i)     up to two more 30 day periods (in the case of a claim for disability benefits); or
      (ii)    90 days more (in the case of any other benefit).
If this extension is made because additional information must be furnished, these extension periods will begin when the additional information is received.  The requested information must be furnished within 45 days.

During the review period, the Insurance Company may require:
      (i)     a medical examination of the Insured, at its own expense; or
      (ii)    additional information regarding the claim.
If a medical examination is required, the Insurance Company will notify the Insured of the date and time of the examination and the physician's name and location.  If additional information is required, the Insurance Company must notify the claimant, in writing, stating what information is needed and why it is needed.

If the claim is approved, the Insurance Company will pay the appropriate benefit.

If the claim is denied, in whole or in part, the Insurance Company will provide written notice within the review period.  The Insurance Company's written notice will include the following information:

1.     The specific reason(s) the claim was denied.
2.     Specific reference to the Policy provision(s) on which the denial was based.
3.     Any additional information required for the claim to be reconsidered, and the reason this information is necessary.
4.     In the case of any claim for a disability benefit: identification of any internal rule, guideline or protocol relied on in making the claim decision, and an explanation of any medically-related exclusion or limitation involved in the decision.
5.     A statement regarding the right to appeal the decision, and an explanation of the appeal procedure, including a statement of the right to bring a civil action under Section 502(a) of ERISA if the appeal is denied.

**Appeal Procedure for Denied Claims**

Whenever a claim is denied, there is the right to appeal the decision.  A written request for appeal must be made to the Insurance Company within 60 days (180 days in the case of any claim for disability benefits) from the date the denial was received.  If a request is not made within that time, the right to appeal will have been waived.

Once a request has been received by the Insurance Company, a prompt and complete review of the claim will take place.  This review will give no deference to the original claim decision.  It will not be made by the person who made the initial claim decision, or a subordinate of that person.  During the review, the claimant (or the claimant's duly authorized representative) has the right to review any documents that have a bearing on the claim, including the documents which establish and control the Plan.  Any medical or vocational experts consulted by the Insurance Company will be identified.  Issues and comments that might affect the outcome of the review may also be submitted.

The Insurance Company has 60 days (45 days, in the case of any disability benefit) from the date it receives a request to review the claim and provide its decision.  Under special circumstances, the Insurance Company may require more time to review the claim.  If this should happen, the Insurance Company must provide notice, in writing, that its review period has been extended for an additional 60 days (45 days in the case of any disability benefit).  Once its review is complete, the Insurance Company must state, in writing, the results of the review and indicate the Plan provisions upon which it based its decision.

President

TL-009000

22

**IMPORTANT CHANGES FOR STATE REQUIREMENTS**

If an Employee resides in one of the following states, the provisions of the certificate are modified for residents of the following states.  The modifications listed apply only to residents of that state.

**Louisiana residents:**

The percentage of Indexed Earnings, if any, that qualifies an insured to meet the definition of Disability/Disabled may not be less than 80%.

**Minnesota residents:**

The Pre-existing Condition Limitation, if any, may not be longer than 24 months from the insured's most recent effective date of insurance.

**Texas residents:**

Any provision offsetting or otherwise reducing any benefit by an amount payable under an individual or franchise policy will not apply.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, ARS Acquisition Holdings, LLC, whose main office address is Memphis, TN, hereby approve and accept the terms of Group Policy Number VDT-960348 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate.  One part is to be retained by ARS Acquisition Holdings, LLC; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.


ARS Acquisition Holdings, LLC


Signature and Title: _____ Date:_____


(This Copy Is To Be Returned To LIFE INSURANCE COMPANY OF NORTH AMERICA)


-------------------------------------------------------------------------------------------------------------------------------


**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**PHILADELPHIA, PA 19192-2235**

We, ARS Acquisition Holdings, LLC, whose main office address is Memphis, TN, hereby approve and accept the terms of Group Policy Number VDT-960348 issued by the LIFE INSURANCE COMPANY OF NORTH AMERICA.

This form is to be signed in duplicate.  One part is to be retained by ARS Acquisition Holdings, LLC; the other part is to be returned to the LIFE INSURANCE COMPANY OF NORTH AMERICA.


ARS Acquisition Holdings, LLC


Signature and Title: _____ Date:_____


(This Copy Is To Be Retained By ARS Acquisition Holdings, LLC)

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2011, the following Open Enrollment Period provision is added to the Policy:

**Open Enrollment Period**
During the Open Enrollment Period of November 20, 2010 through November 30, 2010 an Employee who is eligible to be insured under this Policy may become insured under the Policy without satisfying the Insurability Requirement.  Insurance will be effective on the January 1 following the Open Enrollment Period.

An Employee may reduce Insurance Benefits during the Open Enrollment Period.  A request for a Benefit reduction received during an Open Enrollment Period will become effective on January 1 following the Open Enrollment Period.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

  Matthew G. Manders, President

Date:  April 10, 2012 (revised)

Amendment No. 01

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.  Effective January 1, 2012, the following rate will remain in force for Class 1 for coverage under the Policy:

    $.77 per $100 of Covered Payroll

    Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

    No change in rates will be made until 24 months after the effective date of this Amendment.  However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

2.  Effective January 1, 2012, the Eligibility Waiting Period under the *Schedule of Benefits for Class 1* is replaced by the following:

    **Eligibility Waiting Period**

    For Employees hired on or before the Policy Effective Date:
        The first of the month coincident or following 3 consecutive months of employment.

    For Employees hired after the Policy Effective Date:
        The first of the month coincident or following 3 consecutive months of employment.

    For you to be eligible for coverage, you are required to be an active regular, Full-time Employee regularly scheduled to work at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of the following classes:

        The terms of your employment are governed by a collective bargaining agreement;
        you are classified as a temporary, seasonal or part-time employee;
        you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee and not eligible for any Company benefits;
        you are an employee of the Company assigned to a location which was (1) acquired by the Company through either stock or asset purchase, and (2) retained its own separate benefit plan.

    If you are rehired or move back to regular Full-time status within 90 days, your coverage is reinstated on the first of the month after your rehire or move back to regular Full-time status.

Page 1 of 3

3.  Effective January 1, 2012, the following Open Enrollment Period provision is added to the Policy:

    **Open Enrollment Period**
    During the Open Enrollment Period of November 14, 2011 through December 15, 2011 an Employee who is eligible to be insured under this Policy may become insured under the Policy without satisfying the Insurability Requirement.  Insurance will be effective on the January 1 following the Open Enrollment Period.

    An Employee may reduce Insurance Benefits during the Open Enrollment Period.  A request for a Benefit reduction received during an Open Enrollment Period will become effective on January 1 following the Open Enrollment Period.

4.  Effective January 1, 2012, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

    **Definition of Covered Earnings**
    Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.  Coverage levels will be adjusted on January 1 consistent with the Employee's updated annual earnings.

    Covered Earnings for Employees in an eligible class who have completed at least one full year of employment as of December 31 of the previous year, means an Employee's wage or salary as reported by the Employer in the Employee's W-2 form box #5 for that calendar year, which reports wages, tips, and other compensation for federal income tax purposes. It includes the Insured Employee's total income before taxes less any deductions for pre-tax insurance contributions to a section 125 plan and flexible spending accounts. It does not include amounts received, as Employer contributions to a deferred compensation plan or 401k plan, income received from any car, housing, or moving allowance; or income from a source other than the Employer.

    Covered Earnings for Employees in an eligible class with less than one full year of employment as of December 31 means the average monthly gross income as reported by the Employer during the actual period of employment. It includes the Employee's total income before taxes less any deductions for pre-tax insurance contributions to a section 125 plan, or flexible spending account. It does not include amounts received as Employer contributions to a deferred compensation plan or 401k plan; income received from any car, housing, or moving allowance; or income from a source other than the Employer.

    For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.  Annual earnings means the average of the monthly gross income received from the Employer during the actual period of employment.

    Any increase in an Employee's Covered Earnings will not be effective during a period of continuous Disability.

5.  Effective January 1, 2012, the Gross Disability Benefit under the *Schedule of Benefits for Class 1* is replaced by the following:

    **Gross Disability Benefit**          The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest $1,000 or the Maximum Disability Benefit.

6.  Effective January 1, 2012, the *Return to Work Incentive* benefit is removed from the Policy.

7.   Effective January 1, 2012, the Policy Grace Period and Grace period for the Insured under the *Administrative Provisions* section is replaced by the following:

**Policy Grace Period**
A Policy Grace Period of 45 days will be granted for the payment of the required premiums under this Policy. This Policy will be in force during the Policy Grace Period.  The Employer is liable to the Insurance Company for any unpaid premium for the time this Policy was in force.

**Grace Period for the Insured**
If the required premium is not paid on the Premium Due Date, there is a 45 day grace period after each premium due date after the first.  If the required premium is not paid during the grace period, insurance will end on the last day for which premium was paid.


Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

 Matthew G. Manders, President

Date:  April 10, 2012 (revised)

Amendment No. 02

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective April 1, 2012, Survivor Benefit under the *Additional Benefits* section of the Policy is replaced by the following:

**Survivor Benefit**
The Insurance Company will pay a Survivor Benefit if an Employee dies while Monthly Benefits are payable.  The Employee must have been continuously Disabled for 3 months before the Survivor Benefit Waiting Period's first benefit is payable.  These benefits will be payable for the Maximum Benefit Period for Survivor Benefits.

Benefits will be paid to the Employee's Spouse.  If there is no Spouse, benefits will be paid in equal shares to the Employee's surviving Children.  If there are no Spouse and no Children, no benefits will be paid.

"Spouse" means an Employee's lawful spouse.  "Children" means an Employee's children under age 26. The term includes a stepchild living with the Employee at the time of his or her death.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  April 10, 2012 (revised)

Amendment No. 03

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.     Effective May 1, 2012, the *Continuation of Insurance* provision is replaced by the following:

**CONTINUATION OF INSURANCE**

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever comes first.

If an Employee's Active Service ends due to leave of absence approved by the Employer, insurance will continue for an Employee for up to 6 months, if the required premium is paid when due.

If an Employee's Active Service ends due to unpaid leave of absence approved by the Employer, insurance will continue for an Employee for up to 6 months, if the required premium is paid when due.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.

If an Employee's Active Service ends due to workers compensation, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.       the date the Employee's employment relationship with the Employer terminates;
b.       the date premiums are not paid when due;
c.       the end of the 30 day period that begins with the first day of such excused absence;
d.       the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

2.      Effective May 1, 2012, the Effective Date of Insurance provision is replaced by the following:

An Employee who is required to contribute to the cost of this insurance may elect to be insured only by authorizing payroll deduction in a form approved by the Employer and the Insurance Company.  The effective date of this insurance depends on the date coverage is elected.

Insurance for an Employee who applies for coverage within 90 days after he or she becomes eligible or within 90 days after a Life Status Change, is effective on the latest of the following dates.
1.      The Policy Effective Date.
2.      The date payroll deduction is authorized.
3.      The date the Employer or Insurance Company receives the completed enrollment form.

If an Employee's enrollment form is received more than 90 days after he or she is eligible for this insurance, the Insurability Requirement must be satisfied before this insurance is effective.  If approved, this insurance is effective on the date the Insurance Company agrees in writing to insure the Employee.

If an Employee is not in Active Service on the date insurance would otherwise be effective, it will be effective on the date he or she returns to any occupation for the Employer on a Full-time basis.

TL-004712

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

 Matthew G. Manders, President

Date:  October 9, 2012 (revised)

Amendment No. 04

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2014, the following rates will be in force for Class 1 for coverage under the Policy:

$.93 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

No change in rates will be made until 24 months after the effective date of this Amendment. However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  December 27, 2013

Amendment No. 05

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

**Definition of Covered Earnings**
Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.

For Employees in an eligible class as of December 31st, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.

For Employees in an eligible class who have completed at least one full year of employment with the Employer as of December 31, covered earnings means the gross income as reported by the Employer in the Employee's W-2 form box #1 for that calendar year.

For Employees in an eligible class with less than one full year of employment with the Employer as of December 31, covered earnings means the annualized earnings based on the period of employment and wages earned from the Employer during that calendar year, as shown in the Employer's financial records.

For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.  Annual earnings means the annualized earnings based on the period of employment and wages earned from the Employer during that calendar year, as shown in the Employer's financial records.

Covered Earnings includes the Employee's total income before taxes less any pre-tax contributions to a Section 125 Plan, flexible spending account, 401(k), or deferred compensation plan. Income does not include any Employer contributions to a deferred compensation plan or 401(k) plan; income received from any car, housing or moving allowance; or income from a source other than the Employer.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  December 2, 2014

Amendment No. 06

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

**Definition of Covered Earnings**
Covered Earnings is the Employee's annual earnings frozen for the plan year, which is updated on January 1 of each plan year.

For Employees in an eligible class as of December 31st, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.

For Employees in an eligible class who have completed at least one full year of employment with the Employer as of December 31, covered earnings means the gross income as reported by the Employer in the Employee's W-2 form box #1 for that calendar year.

For Employees in an eligible class with less than one full year of employment with the Employer as of December 31, covered earnings means the annualized earnings based on the period of employment and wages earned from the Employer, as shown in the Employer's financial records.

For Employees who are not in an eligible class as of December 31, at the time the Employee reaches the eligible class, covered earnings are calculated and frozen for determining that plan year's premium and benefit amounts.  Annual earnings means the annualized earnings based on the period of employment and wages earned from the Employer, as shown in the Employer's financial records.

Covered Earnings includes the Employee's total income before taxes less any pre-tax contributions to a Section 125 Plan, flexible spending account, 401(k), or deferred compensation plan. Income does not include any Employer contributions to a deferred compensation plan or 401(k) plan; income received from any car, housing or moving allowance; or income from a source other than the Employer.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

 Matthew G. Manders, President

Date:  May 4, 2015

Amendment No. 07

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective August 1, 2015, the Definition of Covered Earnings under the *Schedule of Benefits for Class 1* is replaced by the following:

**Definition of Covered Earnings**
Covered Earnings means an Employee's earnings as reported by the Employer for the months employed.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  August 19, 2015

Amendment No. 08

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective September 1, 2015, the *Continuation of Insurance* section of the Policy is replaced by the following:

**CONTINUATION OF INSURANCE**

This Continuation of Insurance provision modifies the Termination of Insurance provision to allow insurance to continue under certain circumstances if the Insured Employee is no longer in Active Service.  Insurance that is continued under this provision is subject to all other terms of the Termination of Insurance provisions.

Disability Insurance continues if an Employee's Active Service ends due to a Disability for which benefits under the Policy are or may become payable.  If the Employee does not return to Active Service, this insurance ends when the Disability ends or when benefits are no longer payable, whichever comes first.

If an Employee's Active Service ends due to leave of absence approved by the Employer, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due.

If an Employee's Active Service ends due to unpaid leave of absence approved by the Employer, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due.

If an Employee's Active Service ends due to personal or family medical leave approved timely by the Employer, insurance will continue for an Employee for up to 12 weeks, if the required premium is paid when due.

If an Employee's Active Service ends due to workers compensation, insurance will continue for an Employee for up to 12 months, if the required premium is paid when due, unless the Employee is involved in litigation; at which point the 12 months would begin at the conclusion of the litigation.

If an Employee's Active Service ends due to military leave, insurance will continue for an Employee for up to 12 months.

If an Employee's Active Service ends due to any other excused short term absence from work that is reported to the Employer timely in accordance with the Employer's reporting requirements for such short term absence, insurance for an Employee will continue until the earlier of:
a.       the date the Employee's employment relationship with the Employer terminates;
b.       the date premiums are not paid when due;
c.       the end of the 30 day period that begins with the first day of such excused absence;
d.       the end of the period for which such short term absence is excused by the Employer.

Notwithstanding any other provision of this policy, if an Employee's Active Service ends due to layoff, termination of employment, or any other termination of the employment relationship, insurance will terminate and Continuation of Insurance under this provision will not apply.

If an Employee's insurance is continued pursuant to this Continuation of Insurance provision, and he or she becomes Disabled during such period of continuation, Disability Benefits will not begin until the later of the date the Elimination Period is satisfied or the date he or she is scheduled to return to Active Service.

TL-004716

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

*Matthew G. Manders*

 Matthew G. Manders, President

Date:  September 8, 2015

Amendment No. 09

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

1.  Effective January 1, 2016, the Gross Disability Benefit and Maxium Disability Benefit under *the Schedule of Benefits for Class 1* is replaced by the following:

**Gross Disability Benefit**

| | |
|---|---|
| Option 1: | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |
| Option 2: | The lesser of 60% of an Employee's monthly Covered Earnings rounded to the nearest dollar or the Maximum Disability Benefit. |

**Maximum Disability Benefit**

| | |
|---|---|
| Option 1: | $10,000 per month |
| Option 2: | $6,000 per month |

2.  Effective January 1, 2016, the Maxium Benefit Period under *the Schedule of Benefits for Class 1* is replaced by the following:

**Maximum Benefit Period**
*Option 1*
The later of the Employee's SSNRA* or the Maximum Benefit Period listed below.

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 62 or under | The Employee's 65th birthday or the date the 42nd Monthly Benefit is payable, if later. |
| Age 63 | The date the 36th Monthly Benefit is payable. |
| Age 64 | The date the 30th Monthly Benefit is payable. |
| Age 65 | The date the 24th Monthly Benefit is payable. |
| Age 66 | The date the 21st Monthly Benefit is payable. |
| Age 67 | The date the 18th Monthly Benefit is payable. |
| Age 68 | The date the 15th Monthly Benefit is payable. |
| Age 69 or older | The date the 12th Monthly Benefit is payable. |

*SSNRA means the Social Security Normal Retirement Age in effect under the Social Security Act on the Policy Effective Date.

*Option 2*

| Age When Disability Begins | Maximum Benefit Period |
|---|---|
| Age 60 or older | The end of 5 years from the date the Employee became Disabled. |

Page 2 of 3

3.  Effective January 1, 2016, the following rates will be in force for Class 1 for coverage under the Policy:

*Option 1*
    $.93 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $16,667.

*Option 2*
    $.81 per $100 of Covered Payroll

Covered Payroll for an Employee will mean his or her Covered Earnings for the insurance month prior to the date the determination is made.  However, an Employee's Covered Payroll will not include any part of his or her monthly Covered Earnings which exceed $10,000.

No change in rates will be made until 24 months after the effective date of this Amendment. However, the Company reserves the right to change the rates at any time during a period for which the rates are guaranteed if the conditions described in the Changes in Premium Rates provision under the Administrative Provisions section of the Policy apply.

4.  Effective January 1, 2016, the attached Enrollment Period is made a part of the Policy:

**Open Enrollment Period**
During the Open Enrollment Period of November 1, 2015 through November 30, 2015 an Employee who is eligible to be insured under this Policy may become insured under the Policy without satisfying the Insurability Requirement.  Insurance will be effective on the January 1 following the Open Enrollment Period.

An Employee may reduce Insurance Benefits during the Open Enrollment Period.  A request for a Benefit reduction received during an Open Enrollment Period will become effective on January 1 following the Open Enrollment Period.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

Matthew G. Manders, President

Date:  November 24, 2015
*Revised: May 15, 2017*

Amendment No. 10

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

This Amendment will be in effect on the Effective Date(s) shown below only for insured Employees in Active Service on that date. If an Employee is not in Active Service on the date his insurance would otherwise become effective, it will be effective on the date he returns to Active Service.

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective February 1, 2016, the Other Income Benefits under the *Descritpions of Benefits* section of the Policy is replaced by the following:

**Other Income Benefits**
An Employee for whom Disability Benefits are payable under this Policy may be eligible for benefits from Other Income Benefits.  If so, the Insurance Company may reduce the Disability Benefits by the amount of such Other Income Benefits.

Other Income Benefits include:
1. any amounts received (or assumed to be received\*) by the Employee or his or her dependents under:
   - the Canada and Quebec Pension Plans;
   - the Railroad Retirement Act;
   - any local, state, provincial or federal government disability or retirement plan or law payable for Injury or Sickness provided as a result of employment with the Employer;
   - any sick leave or salary continuation plan of the Employer;
   - any work loss provision in mandatory "No-Fault" auto insurance.
2. any Social Security disability or retirement benefits the Employee or any third party receives (or is assumed to receive\*) on his or her own behalf or for his or her dependents; or which his or her dependents receive (or are assumed to receive\*) because of his or her entitlement to such benefits.
3. any Retirement Plan benefits funded by the Employer.  "Retirement Plan" means any defined benefit or defined contribution plan sponsored or funded by the Employer.  It does not include an individual deferred compensation agreement; a profit sharing or any other retirement or savings plan maintained in addition to a defined benefit or other defined contribution pension plan, or any employee savings plan including a thrift, stock option or stock bonus plan, individual retirement account or 40l(k) plan.
4. any proceeds payable under any franchise or group insurance or similar plan provided by the Policyholder.  If other insurance applies to the same claim for Disability, and contains the same or similar provision for reduction because of other insurance, the Insurance Company will pay for its pro rata share of the total claim.  "Pro rata share" means the proportion of the total benefit that the amount payable under one policy, without other insurance, bears to the total benefits under all such policies.
5. any amounts received (or assumed to be received\*) by the Employee or his or her dependents under any workers' compensation, occupational disease, unemployment compensation law or similar state or federal law payable for Injury or Sickness arising out of work with the Employer, including all permanent and temporary disability benefits.  This includes any damages, compromises or settlement paid in place of such benefits, whether or not liability is admitted.
6. any amounts paid because of loss of earnings or earning capacity through settlement, judgment, arbitration or otherwise, where a third party may be liable, regardless of whether liability is determined.
7. any wage or salary for work performed.

Dependents include any person who receives (or is assumed to receive*) benefits under any applicable law because of an Employee's entitlement to benefits.

*See the Assumed Receipt of Benefits provision.

*Increases in Other Income Benefits*
Any increase in Other Income Benefits during a period of Disability due to a cost of living adjustment will not be considered in calculating the Employee's Disability Benefits after the first reduction is made for any Other Income Benefits.  This section does not apply to any cost of living adjustment for Disability Earnings.

*Lump Sum Payments*
Other Income Benefits or earnings paid in a lump sum will be prorated over the period for which the sum is given. If no time is stated, the lump sum will be prorated over five years.

If no specific allocation of a lump sum payment is made, then the total payment will be an Other Income Benefit.

*Assumed Receipt of Benefits*
The Insurance Company will assume the Employee (and his or her dependents, if applicable) are receiving benefits for which they are eligible from Other Income Benefits.  The Insurance Company will reduce the Employee's Disability Benefits by the amount from Other Income Benefits it estimates are payable to the Employee and his or her dependents.

The Insurance Company will not assume receipt of any pension or retirement benefits that are actuarially reduced according to applicable law, until the Employee actually receives them.

*Social Security Assistance*
The Insurance Company may help the Employee in applying for Social Security Disability Income (SSDI) Benefits, and may require the Employee to file an appeal if it believes a reversal of a prior decision is possible.

The Insurance Company will reduce Disability Benefits by the amount it estimates the Employee will receive, if the Employee refuses to cooperate with or participate in the Social Security Assistance Program.


Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

 Matthew G. Manders, President

Date:  March 21, 2016

Amendment No. 11

TL-004780

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

## PLEASE READ

**IMPORTANT:** The attached amendment to your policy has been made at your request, and will be effective on the date shown within the amendment.  Please review this amendment immediately and confirm that it accurately reflects your request and is consistent with your intentions.  If amended certificates have been provided, please review these as well.  If there are any errors or discrepancies, please notify your account manager or account service representative immediately.  If you have not notified your account manager or account service representative of any errors or concerns, continued payment of premium more than 31 days after delivery of this amendment will be deemed acceptance of this amendment.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**(herein called the Company)**

Amendment to be attached to and made a part of the Group Policy
A Contract between the Company and

ARS Acquistion Holdings, LLC
(herein called the Policyholder)

Policy No.:  VDT-960348

The Company and the Policyholder hereby agree that the Policy is amended as follows:

Effective January 1, 2017, the Eligibility Waiting Period under the *Schedule of Benefits for Class 1* is replaced by the
following:

**Eligibility Waiting Period**

For Employees hired on or before the Policy Effective Date:       The first of the month coincident or
                                                                  following 3 consecutive months of
                                                                  employment.

For Employees hired after the Policy Effective Date:              The first of the month coincident or
                                                                  following 3 consecutive months of
                                                                  employment.

For you to be eligible for coverage, you are required to be an active regular, full-time employee regularly scheduled to work
at least 30 hours per week for the Company in the United States.  You are not eligible for coverage if you fall into any of
the following classes:

> The terms of your employment are governed by a collective bargaining agreement;
> you are classified as a temporary, seasonal or part-time employee;
> you are an independent contractor or otherwise not designated on the Company's payroll as a regular employee
> and not eligible for any Company benefits;
> you are an employee of the Company assigned to a location which was (1) acquired by the Company through
> either stock or asset purchase, and (2) retained its own separate benefit plan.

If you are rehired or move back to regular full-time status within 90 days, your coverage is reinstated on the first of the
month after your rehire or move back to regular full-time status.

The *Eligibility Waiting Period* does not apply if an Employee was an active employee of a company acquired by the
Employer and satisfied the Eligibility Waiting Period under the former company's plan. If the Employee did not fully
satisfy the Eligibility Waiting Period, credit will be given for any time that was satisfied.

Except for the above, this Amendment does not change the Policy in any way.

FOR THE COMPANY

 Matthew G. Manders, President

Date:  February 8, 2017

Amendment No. 12

TL-004780